**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Texas

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Innovate Loan Servicing Corporation |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Innovate Auto Finance |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 27-0785824 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 3001 Meacham Blvd. | |
| Number        Street | Number        Street |
| | P.O. Box |
| Fort Worth          TX    76137 | |
| City                    State    ZIP Code | City                    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Tarrant County | |
| County | Number        Street |
| | |
| | City                    State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | https://ils.theinnovatecompanies.com/ |

| | |
|---|---|
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Innovate Loan Servicing Corporation | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5223

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Innovate Loan Servicing Corporation | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    **Innovate Loan Servicing Corporation**            Case number *(if known)*_____
_____
Name

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/28/2024
            MM  / DD / YYYY

✖ /s/ Preston Miller                                    Preston Miller
_____          _____
Signature of authorized representative of debtor          Printed name

Title  President
_____

18. **Signature of attorney**

✖ /s/ Richard Grant                          Date    06/28/2024
_____                  _____
Signature of attorney for debtor                          MM    / DD / YYYY

Richard Grant
_____
Printed name
CULHANE, PLLC
_____
Firm name
13101 Preston Road, Suite 110-1510
_____
Number        Street
Dallas                                TX        75240
_____   _____   _____
City                                State        ZIP Code

214-210-2929                          rgrant@cm.law
_____   _____
Contact phone                          Email address

08302650                              TX
_____   _____
Bar number                            State

| Debtor | Innovate Loan Servicing Corporation | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/28/2024
         MM / DD / YYYY

✖ /s/ Preston Miller                     Preston Miller
Signature of authorized representative of debtor        Printed name

Title President

**18. Signature of attorney**

✖ /s/ Richard Grant                     Date 06/28/2024
Signature of attorney for debtor                  MM / DD / YYYY

Richard Grant
Printed name

CULHANE, PLLC
Firm name

13101 Preston Road, Suite 110-1510
Number    Street

Dallas                          TX        75240
City                           State      ZIP Code

214-210-2929                    rgrant@cm.law
Contact phone                   Email address

08302650                        TX
Bar number                      State

# INNOVATE LOAN SERVICING CORPORATION
# BOARD RESOLUTIONS

## JUNE 28, 2024

### SECRETARY'S CERTIFICATE OF
### BOARD RESOLUTION AUTHORIZING CHAPTER 11

The undersigned hereby certifies that the following resolutions were adopted by unanimous consent of the board of directors (the "Governing Body") of Innovate Loan Servicing Corporation, a Texas corporation (the "Company") at a meeting duly noticed, called and held, with all directors present for the quorum, on June 27, 2024 pursuant to the bylaws or similar document (in each case as amended or amended and restated to date) of the Company and the laws of the state of Texas:

**WHEREAS**, each Governing Body has considered presentations by the management and the financial and legal advisors of each Company regarding the liabilities and liquidity situation of each Company, the strategic alternatives available to it, and the effect of the foregoing on each Company's business; and

**WHEREAS**, each Governing Body has had the opportunity to consult with the management and the financial and legal advisors of the Companies and to fully consider each of the strategic alternatives available to the Companies and has determined, in the judgment of each Governing Body, that the following resolutions are in the best interests of each Company and their respective creditors.

**NOW, THEREFORE, BE IT:**

**CHAPTER 11 FILING**

**RESOLVED**, that, in the judgment of each Governing Body, it is desirable and in the best interests of each Company, its creditors, and other parties in interest, that each Company shall be, and hereby is, authorized to file, or cause to be filed, a voluntary petition for relief (collectively, the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the **United States Bankruptcy Court for the Northern District of Texas** (the "Bankruptcy Court") or other court of competent jurisdiction and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States; and

**RESOLVED**, that any of the Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Chief Legal Officer, Secretary, any Executive Vice President, any Senior Vice President, or any other duly appointed officer of each Company (collectively, the "Authorized Signatories"), acting alone or with one or more other Authorized Signatories be, and hereby is, authorized, empowered, and directed to execute and file on behalf of each Company all petitions, schedules, lists, and other motions, pleadings,

1

papers, or documents, and to take any and all action that they deem necessary, appropriate, or desirable to obtain such relief, including, without limitation, any action necessary, appropriate, or desirable to maintain the ordinary course operation of each Company's business.

## RETENTION OF PROFESSIONALS

**RESOLVED**, that each of the Authorized Signatories be, and hereby is, authorized, empowered, and directed to employ the law firm of Culhane, PLLC as general bankruptcy counsel to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations, including the preparation and filing of any motions, objections, replies, applications, or pleadings and conducting any potential sale process on behalf of each Company in the Chapter 11 Cases; and in connection therewith, each of the Authorized Signatories, acting alone or in any combination, with power of delegation, is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the Chapter 11 Cases, and to cause to be filed an appropriate application for authority to retain Culhane, PLLC;

**RESOLVED**, that each of the Authorized Signatories be, and hereby is, authorized, empowered, and directed to employ any other professionals to assist each Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Signatories, acting alone or in any combination, with power of delegation, is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers and fees, if required, prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary, appropriate, or desirable; and

**RESOLVED**, that each of the Authorized Signatories, acting alone or in any combination,  be, and each hereby is, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Signatories deems necessary, appropriate, or desirable in connection with the Chapter 11 Cases.

## GENERAL

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Authorized Signatories, each of the Authorized Signatories (and their designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of each Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including, but not limited to, filing fees, in each case as in such Authorized Signatory's judgment, shall be necessary,

appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

**RESOLVED**, that each Governing Body of each Company has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of each Company, or hereby waives any right to have received such notice;

**RESOLVED**, that any and all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of each Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved, adopted, confirmed, and ratified as the true acts and deeds of each Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of each Governing Body;

**RESOLVED**, that each of the Authorized Signatories (and their designees and delegates) be, and hereby is, authorized and empowered to take all actions or to not take any action in the name of each Company with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Signatory shall deem necessary, appropriate, or desirable in such Authorized Signatory's reasonable business judgment as may be necessary, appropriate, or desirable to effectuate the purposes of the transactions contemplated herein;

**RESOLVED**, that this unanimous omnibus written consent may be executed in as many counterparts as may be required; all counterparts shall collectively constitute one and the same consent; and facsimile or photostatic copies of signatures to this consent shall be deemed to be originals and may be relied on to the same extent as the originals.

SO CERTIFIED this 28th day of June, 2024:

RAYMOND SCOTT
Chief Legal Officer and Acting Secretary

Innovate Management Holdings, LLC
Balance Sheet

Unaudited

|  | May-24 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Cash and Cash Equivalent | 73,728 |
| Investment Finance Receivables | 126,930 |
| Account Receivables | 367,834 |
| Total Current Assets | 568,492 |
| | |
| Fixed Assets | 226,221 |
| | |
| LOC Receivable | (0) |
| | |
| Other Assets | 46,088 |
| | |
| Investment in Trusts | 75,979 |
| | |
| **TOTAL ASSETS** | 916,780 |
| | |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | 515,006 |
| Accrued Liabilities | 77,894 |
| Total Current Liabilities | 592,900 |
| | |
| Other Liabilities | 13,655 |
| Other Liabilities - Inactive | 1,791,168 |
| | |
| LOC Payable | 0 |
| Total Liabilities | 2,397,723 |
| | |
| Member's Equity | (1,480,943) |
| | |
| **TOTAL LIABILITIES & EQUITY** | 916,780 |
| | (0) |

Innovate Management Holdings, LLC
Statement of Operations
Unaudited

|  | May-24 |
|---|---|
| **REVENUE** | |
| Finance Charge Income | - |
| Interest Expense | - |
| Net Interest Margin | - |
| | |
| Asset Impairment | 37,616 |
| Net Risk Adjusted Interest Margin | 37,616 |
| | |
| Extinguishment of debt | - |
| Income from Investment in Trusts | - |
| Net income from legacy business | 37,616 |
| | |
| | |
| Origination Services Revenue | 248 |
| Portfolio Services Revenue | 245,352 |
| Remarketing Services Revenue | 14,828 |
| Lending Operations Revenue,net | - |
| Total Revenue | 260,428 |
| | |
| Total Revenues | 298,044 |
| | |
| **EXPENSES** | |
| Personnel | 203,714 |
| Marketing | 1,044 |
| Portfolio | 23,570 |
| Computer | 11,182 |
| Administrative Expense | 49,253 |
| Facilities | 39,958 |
| Total Non-Interest Expenses | 328,721 |
| | |
| Net Income (Loss) before Taxes | (30,677) |
| | |
| Income Tax Expense (Benefit) | - |
| | |
| Net Income (Loss) | (30,677) |

| Cash Flow | | May-24 |
|---|---|---|
| Net income | $ | (30,677) |
| | | |
| Depreciation and Amortization | $ | 16,484 |
| Accrued income taxes | $ | - |
| Gain on debt settlement | $ | - |
| | | |
| Change in : | | |
| Servicing fee receivables | $ | 38,119 |
| Other assets | $ | 973 |
| Income Taxes paid | $ | - |
| Accounts payable and accrued expenses | $ | (74,940) |
| | | |
| **From operations** | $ | **(50,041)** |
| | | |
| Property and equipment | $ | - |
| Collections on investment in receivables | $ | 8,635 |
| Collections on investment in Trusts | $ | 8,210 |
| | | |
| **From investing** | $ | **16,845** |
| | | |
| Equity Raise | $ - | $ | - |
| BK plan payable | $ | - |
| New BK debt | $ | - |
| Payoff on BK Debt | $ | - |
| | | |
| **From financing** | $ | **-** |
| | | |
| Change in cash | $ | (33,196) |
| | | |
| Beginning cash | $ | 106,924 |
| Ending cash | $ | 73,728 |
| | $ | - |



KPMG LLP
345 Park Ave
New York, NY 10154-0102

Telephone  +1 212-758-9700
Fax        +1 212-758-9819
kpmg.com

**PRIVATE**
INNOVATE LOAN SERVICING CORPORATION
4704 Mercantile Dr
FORT WORTH, TX 76137

Enclosed are the following corporate returns prepared on behalf of INNOVATE LOAN SERVICING
CORPORATION for the year ended December 31, 2022.

> 2022 U.S. Corporation Income Tax Return
> 2022 IRS e-file Signature Authorization for Form 1120

The original of any of the above mentioned returns being paper-filed should be dated, signed, and filed in
accordance with the filing instructions included with the copy of the return.  The copy is for your use and should
be retained for your files.

These return(s) were prepared from information provided by you or your representative.  The preparation of tax
returns does not include the independent verification of information used.  Therefore, we recommend you
review the return(s) before signing to ensure there are no omissions or misstatements.  If you note anything
which may require a change to the return(s), please contact us before filing them.

Also enclosed are the original source documents you furnished, if any, for our use in preparing the return(s).
Upon an audit of the returns, requests may be made for supporting documentation.  Therefore, we recommend
that you retain all pertinent records.

We appreciate this opportunity to serve you.  Please contact us if you have any questions or if we may be of
further assistance.

KPMG LLP

Enclosures

KPMG LLP, a Delaware limited liability partnership and a member firm of the
KPMG global organization of independent member firms affiliated with KPMG
International Limited, a private English company limited by guarantee.

**KPMG**

INNOVATE LOAN SERVICING CORPORATION
Instructions for Filing
Form 8879-Corp
IRS e-file Signature Authorization for Form 1120
for the year ended December 31, 2022

The original form should be signed (using full name and title) and dated by an authorized officer of the corporation.

The signed form should be returned on or before October 16, 2023 to:

KPMG LLP
345 Park Ave
New York, NY 10154-0102

Although there is no tax for the current year, estimated tax payments may be required in order to avoid an underpayment penalty next year.

Do NOT separately file Form 1120 with the Internal Revenue Service.  Doing so will delay the processing of your return.

We must receive your signed form before we can electronically transmit your return.  The Internal Revenue Service will notify us when your return is accepted.  Your return is not considered filed until the Internal Revenue Service confirms their acceptance.



# 2022 Income Tax Returns

INNOVATE LOAN SERVICING CORPORATION

INNOVATE LOAN SERVICING CORPORATION

# 2022 Depreciation Projections

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION

## TAX YEAR 2023

| Asset description | Date placed in service | Basis for depreciation | ACRS class | MA CRS class | Me-thod | Life | Accumulated depreciation | Current-year depreciation | Basis for depreciation | Me-thod | Life | Accumulated depreciation | Current-year depreciation | Depreciation adj./pref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Tax Depreciation** | | | | | **AMT Depreciation** | | |
| COMPUTER EQUIPMENT | 03/01/2017 | 1,597. | | 15 | 150 DB | | 702. | 94. | 1,597. | 150 DB | 15.000 | 702. | 94. | |
| COMPUTER EQUIPMENT | 01/01/2018 | | | 5 | 200 DB | | | | | 200 DB | | | | |
| OFFICE EQUIPMENT | 08/31/2012 | 45,611. | | 5 | 200 DB | | 45,611. | | 91,222. | 200 DB | 5.000 | 45,611. | | |
| SOFTWARE | 09/11/2019 | | | | S/L | 3.000 | | | | S/L | | | | |
| SOFTWARE | 10/25/2019 | | | | S/L | 3.000 | | | | S/L | | | | |
| SOFTWARE | 10/31/2019 | | | | S/L | 3.000 | | | | S/L | | | | |
| SOFTWARE | 11/01/2019 | | | | S/L | 3.000 | | | | S/L | | | | |
| SOFTWARE | 12/02/2019 | | | | S/L | 3.000 | | | | S/L | | | | |
| LEASEHOLD IMPROVEMNT | 07/31/2019 | | | 15 | S/L | 15.000 | | | | S/L | | | | |
| SOFTWARE | 01/28/2020 | | | | S/L | 3.000 | | | | S/L | | | | |
| SOFTWARE | 02/02/2020 | | | | S/L | 3.000 | | | | S/L | | | | |
| SOFTWARE | 03/05/2020 | | | | S/L | 3.000 | | | | S/L | | | | |
| SOFTWARE | 03/05/2020 | | | | S/L | 3.000 | | | | S/L | | | | |
| SOFTWARE | 03/30/2020 | | | | S/L | 3.000 | | | | S/L | | | | |
| SOFTWARE | 04/15/2020 | | | | S/L | 3.000 | | | | S/L | | | | |
| SOFTWARE | 04/30/2020 | | | | S/L | 3.000 | | | | S/L | | | | |
| SOFTWARE | 04/30/2020 | | | | S/L | 3.000 | | | | S/L | | | | |
| SOFTWARE | 07/06/2020 | | | | S/L | 3.000 | | | | S/L | | | | |
| HARDWARE | 07/01/2020 | | | 5 | 200 DB | | | | | 200 DB | | | | |
| SOFTWARE | 01/09/2020 | | | | S/L | 3.000 | | | | S/L | | | | |
| SOFTWARE | 02/10/2020 | | | | S/L | 3.000 | | | | S/L | | | | |
| HARDWARE | 04/01/2020 | | | 5 | 200 DB | | | | | 200 DB | | | | |
| SOFTWARE | 04/23/2020 | | | | S/L | 3.000 | | | | S/L | | | | |
| SOFTWARE | 01/01/2020 | | | | S/L | 3.000 | | | | S/L | | | | |
| SOFTWARE | 09/22/2021 | | | | S/L | 3.000 | | | | S/L | | | | |
| COMPUTER EQUIPMENT | 08/01/2021 | | | 5 | 200 DB | | | | | 200 DB | | | | |
| COMPUTER EQUIPMENT | 09/02/2021 | | | 5 | 200 DB | | | | | 200 DB | | | | |
| COMPUTER EQUIPMENT | 09/29/2021 | | | 5 | 200 DB | | | | | 200 DB | | | | |
| COMPUTER EQUIPMENT | 11/14/2021 | | | 5 | 200 DB | | | | | 200 DB | | | | |
| COMPUTER EQUIPMENT | 04/19/2022 | | | 5 | 200 DB | | | | | 200 DB | | | | |
| SOFTWARE | 10/31/2022 | | | | S/L | 3.000 | | | | S/L | | | | |
| SOFTWARE | 10/31/2022 | | | | S/L | 3.000 | | | | S/L | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **TOTALS . . . . . . . . . . . . . . .** | | 47,208. | | | | | 46,313. | 94. | 92,819. | | | 46,313. | 94. | |

JSA
2X9031 1.000

2690IC  2LBN

27-0785824

INNOVATE LOAN SERVICING CORPORATION

## 2022 Depreciation Projections

**Description of Property**

BOOK - GENERAL DEPRECIATION AND AMORTIZATION                    **TAX YEAR 2023**

| Asset description | Date placed in service | Basis for depreciation | ACRS class | MA CRS class | Me-thod | Life | Accumulated depreciation | Current-year depreciation | Basis for depreciation | Me-thod | Life | Accumulated depreciation | Current-year depreciation | Depreciation adj./pref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Tax Depreciation | | | | | AMT Depreciation | | | | |
| OFFICE EQUIPMENT | 08/31/2012 | 91,222. | | | 200DB | | 70,242. | | | | | | | |
| **TOTALS** . . . . . . . . . . . . . . . | | 91,222. | | | | | 70,242. | | | | | | | |

JSA
2X9031 1.000                                        2690IC  2LBN                                27-0785824

6

```
                        CARRYOVERS TO NEXT YEAR
                        =======================
```

```
NON-SRLY NOL ........................................       22,245,240.
CAPITAL LOSS CARRYOVERS ................................       109,524.
SEC. 1231 LOSSES ......................................         63,294.
```

Form **8879-CORP**

(December 2022)

Department of he Treasury
Internal Revenue Service

**E-file Authorization for Corporations**

For calendar year 2022, or tax year beginning _____ , 2022, ending _____

Use for *efile* authorizations for Form 1120, 1120-F or 1120S.

Do not send to the IRS. Keep for your records.

Go to *www.irs.gov/Form8879CORP* for the latest information.

OMB No. 1545-0123

| Name of corporation | Employer identification number |
|---|---|
| INNOVATE LOAN SERVICING CORPORATION | 27-0785824 |

**Part I**    **Information** (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 6,730,422. |
| 2 | Total income (Form 1120-F, Section II, line 11) . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Total income (loss) (Form 1120-S, line 6) . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |

**Part II**    **Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.**

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's electronic income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS (**a**) an acknowledgment of receipt or reason for rejection of the transmission, (**b**) the reason for any delay in processing the return or refund, and (**c**) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X]    I authorize   KPMG LLP _____ to enter my PIN  [4  6  5  0  6]  as my signature
                        **ERO firm name**                                                              **do not enter all zeros**
on the corporation's electronically filed income tax return.

[ ]    As an officer of the corporation, I will enter my PIN as my signature on the corporation's electronically filed income tax return.

Officer's signature _____    Date  10/16/2023   Title  CFO _____

**Part III**    **Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.    [1  3  1  4  8  4  1  3  5  5  6]
                                                                                                                          **do not enter all zeros**

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature _____    Date  10/16/2023 _____

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.                                                Form **8879-CORP** (12-2022)

JSA
2C3302 1.000
        2690IC   2LBN                                              3079064                                    8

Form **1120**
Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2022 or tax year beginning _____ , ending _____

Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2022**

| A Check if: | | | |
|---|---|---|---|
| 1a Consolidated return (attach Form 851) . | | | |
| b Life/nonlife consolidated return . . . | | | |
| 2 Personal holding co. (attach Sch. PH) . . | | | |
| 3 Personal service corp. (see instructions) . . | | | |
| 4 Schedule M-3 attached . . . . | | | |

TYPE
OR
PRINT

**Name**
INNOVATE LOAN SERVICING CORPORATION
Number, street, and room or suite no. If a P.O. box, see instructions.
4704 MERCANTILE DR
City or town, state or province, country, and ZIP or foreign postal code
FORT WORTH, TX 76137

B Employer identification number
27-0785824

C Date incorporated
07/13/2009

D Total assets (see instructions)
$ 8,702,950.

E Check if: **(1)** Initial return **(2)** Final return **(3)** Name change **(4)** Address change

| | | | | |
|---|---|---|---:|---:|
| **Income** | 1 a Gross receipts or sales . . . . . . . . . . . . . . . . . . | 1a | | |
| | b Returns and allowances . . . . . . . . . . . . . . | 1b | | |
| | c Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . | 1c | | |
| | 2 Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . | 2 | | |
| | 3 Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . | 3 | | |
| | 4 Dividends and inclusions (Schedule C, line 23) . . . . . . . . . . . . | 4 | | |
| | 5 Interest . . . . . . . . . . . . . . . . SEE STATEMENT 1. | 5 | | 698,954. |
| | 6 Gross rents . . . . . . . . . . . . . . . . . . . . . . | 6 | | |
| | 7 Gross royalties . . . . . . . . . . . . . . . . . . . . . | 7 | | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . | 8 | | NONE |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . | 9 | | |
| | 10 Other income (see instructions - attach statement) . . . . . . SEE STATEMENT 1. | 10 | | 6,031,468. |
| | 11 **Total income.** Add lines 3 through 10 . . . . . . . . . . . . . | 11 | | 6,730,422. |
| **Deductions (See instructions for limitations on deductions.)** | 12 Compensation of officers (see instructions - attach Form 1125-E) . . . . . | 12 | | 650,000. |
| | 13 Salaries and wages (less employment credits) . . . . . . . . . . . . | 13 | | 2,656,500. |
| | 14 Repairs and maintenance . . . . . . . . . . . . . . . . . . . | 14 | | 8,676. |
| | 15 Bad debts . . . . . . . . . . . . . . . . . . . . . . . . | 15 | | 320,322. |
| | 16 Rents . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | | 420,724. |
| | 17 Taxes and licenses . . . . . . . . . . . . SEE STATEMENT 2. | 17 | | 18,030. |
| | 18 Interest (see instructions) . . . . . . . . . . . . . . . . . . | 18 | | 627,150. |
| | 19 Charitable contributions . . . . . . . . . . . . . . . . . . . | 19 | | |
| | 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . | 20 | | 182,854. |
| | 21 Depletion . . . . . . . . . . . . . . . . . . . . . . . . | 21 | | |
| | 22 Advertising . . . . . . . . . . . . . . . . . . . . . . . . | 22 | | 485. |
| | 23 Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . | 23 | | |
| | 24 Employee benefit programs . . . . . . . . . . . . . . . . . . | 24 | | 350,095. |
| | 25 Reserved for future use . . . . . . . . . . . . . . . . . . . | 25 | | |
| | 26 Other deductions (attach statement) . . . . . . . . SEE STATEMENT 3. | 26 | | 4,595,626. |
| | 27 **Total deductions.** Add lines 12 through 26 . . . . . . . . . . . | 27 | | 9,830,462. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 . . . . | 28 | | -3,100,040. |
| | 29a Net operating loss deduction (see instructions) . . . . . . . . | 29a | NONE | STMT 4 |
| | b Special deductions (Schedule C, line 24) . . . . . . . . . . | 29b | | |
| | c Add lines 29a and 29b . . . . . . . . . . . . . . . . . . . | 29c | | NONE |
| **Tax, Refundable Credits, and Payments** | 30 **Taxable income.** Subtract line 29c from line 28. See instructions . . . . . | 30 | | -3,100,040. |
| | 31 Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . . . . | 31 | | |
| | 32 Reserved for future use . . . . . . . . . . . . . . . . . . . | 32 | | |
| | 33 Total payments and credits (Schedule J, Part III, line 23) . . . . . . . . | 33 | | NONE |
| | 34 Estimated tax penalty. See instructions. Check if Form 2220 is attached . . | 34 | | |
| | 35 **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed . . . . . . | 35 | | |
| | 36 **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid . . . . . . | 36 | | NONE |
| | 37 Enter amount from line 36 you want: Credited to 2023 estimated tax _____ Refunded | 37 | | NONE |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer PRESTON MILLER | Date 10/16/2023 | Title CFO

May the IRS discuss this return with the preparer shown below? See instructions. X Yes No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| RICKY RAHAMAN | | 10/16/2023 | | P00295977 |
| Firm's name  KPMG LLP | | | Firm's EIN 13-5565207 | |
| Firm's address  345 PARK AVE   NEW YORK, NY 10154-0102 | | | Phone no. 212-758-9700 | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1120** (2022)

JSA
2C1110 1.000

INNOVATE LOAN SERVICING CORPORATION                                    27-0785824

Form 1120 (2022)                                                                  Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock). . . . . . . . . . . . . . . . . | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock). . . . . . . . . . . . . . . . . | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs. . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . . | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . . . . . . | | | |
| 15 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . . . . . . . . . . . . . . . . . . . | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . . . | | | |

Form **1120** (2022)

Form 1120 (2022)                                                                                                                Page **3**

| | Schedule J | Tax Computation and Payment (see instructions) | | |
|---|---|---|---|---|

**Part I - Tax Computation**

| | | | | |
|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions | | | |
| 2 | Income tax. See instructions | | **2** | |
| 3 | Base erosion minimum tax amount (attach Form 8991) | | **3** | |
| 4 | Add lines 2 and 3 | | **4** | |
| 5a | Foreign tax credit (attach Form 1118) | **5a** | | |
| b | Credit from Form 8834 (see instructions) | **5b** | | |
| c | General business credit (attach Form 3800) | **5c** | | |
| d | Credit for prior year minimum tax (attach Form 8827) | **5d** | | |
| e | Bond credits from Form 8912 | **5e** | | |
| 6 | **Total credits.** Add lines 5a through 5e | | **6** | |
| 7 | Subtract line 6 from line 4 | | **7** | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) | **9a** | | |
| b | Recapture of low-income housing credit (attach Form 8611) | **9b** | | |
| c | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | **9c** | | |
| d | Interest due under the look-back method - income forecast method (attach Form 8866) | **9d** | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | | |
| f | Interest/tax due under section 453A(c) and/or section 453(l) | **9f** | | |
| g | Other (see instructions - attach statement) | **9g** | | |
| 10 | **Total.** Add lines 9a through 9g | | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | **11** | |

**Part II - Reserved For Future Use**

| | | | | |
|---|---|---|---|---|
| 12 | Reserved for future use | | **12** | |

**Part III - Payments and Refundable Credits**

| | | | | |
|---|---|---|---|---|
| 13 | 2021 overpayment credited to 2022 | | **13** | |
| 14 | 2022 estimated tax payments | | **14** | |
| 15 | 2022 refund applied for on Form 4466 | | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 | | **16** | |
| 17 | Tax deposited with Form 7004 | | **17** | NONE |
| 18 | Withholding (see instructions) | | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | | **19** | NONE |
| 20 | Refundable credits from: | | | |
| a | Form 2439 | **20a** | | |
| b | Form 4136 | **20b** | | |
| c | Reserved for future use | **20c** | | |
| d | Other (attach statement - see instructions) | **20d** | | |
| 21 | **Total credits.** Add lines 20a through 20d | | **21** | |
| 22 | Reserved for future use | | **22** | |
| 23 | **Total payments and credits.** Add lines 19 and 21. Enter here and on page 1, line 33 | | **23** | NONE |

Form **1120** (2022)

JSA
2C1130 1.000

INNOVATE LOAN SERVICING CORPORATION                                                    27-0785824

Form 1120 (2022)                                                                       Page **4**

| **Schedule K** | **Other Information** (see instructions) | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: **a** ☐ Cash **b** ☒ Accrual **c** ☐ Other (specify) _____ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no.  522291 | | |
| b | Business activity   OTHER SERVICE | | |
| c | Product or service   PURCHASE & SERV LOAN | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter name and EIN of the parent corporation _____ | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G). . . . . . . . . . . . . . . | X | |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G). . . . . . . | | X |
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . . . . . . . | X | |
| | For rules of attribution, see section 318. If "Yes," enter: | | |
| | **(a)** Percentage owned   40.343   and **(b)** Owner's country   CJ | | |
| | **(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached _____ | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . ☐ | | |
| | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year $ _____ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) . . . . . . . . . . . . . . . . 1 | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) . . . ☐ | | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) . . . . . . . . . . . . . . . . . . . . . . . . . . $   19,145,200. | | |

Form **1120** (2022)

INNOVATE LOAN SERVICING CORPORATION                                    27-0785824

Form 1120 (2022)                                                                    Page **5**

| Schedule K | Other Information *(continued from page 4)* | | Yes | No |
|---|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **13** | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year $ _____ | | |
| **14** | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . . . . . . . . | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| **15a** | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . . | X | |
| **b** | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| **16** | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **17** | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **18** | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **19** | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code?. . . . . . . . . . . . . | | X |
| **20** | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **21** | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the total amount of the disallowed deductions $ _____ | | |
| **22** | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," complete and attach Form 8991. | | |
| **23** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **24** | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| **25** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter amount from Form 8996, line 15 . . . . . . . . . . $ _____ | | |
| **26** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | Percentage: By Vote _____                              By Value _____ | | |

Form **1120** (2022)

JSA
2C1136 1.000

INNOVATE LOAN SERVICING CORPORATION                                     27-0785824

Form 1120 (2022)                                                                 Page **6**

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash . . . . . . . . . . . . . . | | 2,109,540. | | 1,936,616. |
| 2a Trade notes and accounts receivable | 1,770,755. | | 2,002,507. | |
| b Less allowance for bad debts . . . | ( 320,322. ) | 1,450,433. | ( ) | 2,002,507. |
| 3 Inventories . . . . . . . . . . . | | | | |
| 4 U.S. government obligations . . | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach statement) | STMT 5 | 890,624. | | 2,850,394. |
| 7 Loans to shareholders . . . . . | | | | |
| 8 Mortgage and real estate loans . . . | | | | |
| 9 Other investments (attach statement) | STMT 5 | 1,168,259. | | 1,480,683. |
| 10a Buildings and other depreciable assets | 1,269,916. | | 1,452,671. | |
| b Less accumulated depreciation . . . | ( 720,541. ) | 549,375. | ( 1,019,921. ) | 432,750. |
| 11a Depletable assets . . . . . . . | | | | |
| b Less accumulated depletion . . . . | ( ) | | ( ) | |
| 12 Land (net of any amortization). . . | | | | |
| 13a Intangible assets (amortizable only) . | | | | |
| b Less accumulated amortization . . . | ( ) | | ( ) | |
| 14 Other assets (attach statement) . . | STMT 5 | 3,248,984. | | NONE |
| 15 Total assets . . . . . . . . . . . | | 9,417,215. | | 8,702,950. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable . . . . . . . . | | 626,998. | | 2,342,639. |
| 17 Mortgages, notes, bonds payable in less than 1 year . . . . . . . . . . | | | | |
| 18 Other current liabilities (attach statement) | | | | |
| 19 Loans from shareholders . . . . . | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more . . . . . . . | | 4,140,054. | | 5,404,417. |
| 21 Other liabilities (attach statement) . . | STMT 5 | 501,874. | | 1,683,585. |
| 22 Capital stock:  a Preferred stock . . | 2,400,000. | | 2,400,000. | |
| b Common stock . . . | | 2,400,000. | | 2,400,000. |
| 23 Additional paid-in capital . . . . . | | 20,458,406. | | 20,458,406. |
| 24 Retained earnings - Appropriated (attach statement) | | | | |
| 25 Retained earnings - Unappropriated . | | -18,710,117. | | -23,586,097. |
| 26 Adjustments to shareholders' equity (attach statement) | | | | |
| 27 Less cost of treasury stock . . . . . | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 9,417,215. | | 8,702,950. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books . . . . . . | -2,178,391. | 7 Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ _____ | | |
| 2 Federal income tax per books . . . | | | | |
| 3 Excess of capital losses over capital gains | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | SEE STATEMENT 6 | | 899,424. |
| | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation . . . . . . $ _____ | | 182,854. |
| a Depreciation . . . . $ _____ | 299,380. | b Charitable contributions . $ _____ | | |
| b Charitable contributions . $ _____ | | | | |
| c Travel and entertainment . $ _____ | | SEE STATEMENT 6 | | 449,964. |
| SEE STATEMENT 6 | 311,213. | 9 Add lines 7 and 8 . . . . . . . . | | 1,532,242. |
| 6 Add lines 1 through 5 . . . . . . . . | -1,567,798. | 10 Income (page 1, line 28) - line 6 less line 9 | | -3,100,040. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year . . . . . | -18,710,117. | 5 Distributions:  a Cash . . . . . . | | |
| 2 Net income (loss) per books . . . . . | -2,178,391. | b Stock . . . . . . . | | |
| 3 Other increases (itemize): _____ | | c Property . . . . . . | | |
| _____ | | 6 Other decreases (itemize) STMT 6 | | 2,697,589. |
| _____ | | 7 Add lines 5 and 6 . . . . . . . . . | | 2,697,589. |
| 4 Add lines 1, 2, and 3 . . . . . . . . | -20,888,508. | 8 Balance at end of year (line 4 less line 7) | | -23,586,097. |

Form **1120** (2022)

JSA
2C1140 1.000

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

► Attach to Form 1120.
► See instructions on page 2.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|------|--------------------------------------|
| INNOVATE LOAN SERVICING CORPORATION | 27-0785824 |

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| INNOVATE MANAGED HOLDINGS, LLC | 27-3461700 | PARTNERSHIP | US | 100.000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.

2C2720 1.000    JSA

Schedule G (Form 1120) (Rev. 12-2011)

2690IC  2LBN

3079064

15

**SCHEDULE D**
**(Form 1120)**

Department of the Treasury
Internal Revenue Service

# Capital Gains and Losses

Attach to Form 1120, 1120-C, 1120-F, 1120-FSC, 1120-H, 1120-IC-DISC, 1120-L, 1120-ND, 1120-PC,
1120-POL, 1120-REIT, 1120-RIC, 1120-SF, or certain Forms 990-T.

Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2022**

| Name | Employer identification number |
|---|---|
| INNOVATE LOAN SERVICING CORPORATION | 27-0785824 |

Did the corporation dispose of any investment(s) in a qualified opportunity fund during the tax year? . . . . . ☐ **Yes** ☒ **No**
If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

### Part I — Short-Term Capital Gains and Losses - Assets Held One Year or Less

| See instructions for how to figure the amounts to enter on the lines below.<br>This form may be easier to complete if you round off cents to whole dollars. | (d)<br>Proceeds<br>(sales price) | (e)<br>Cost<br>(or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | (h) Gain or (loss)<br>Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **1a** Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b . . . . . . . . . | | | | |
| **1b** Totals for all transactions reported on Form(s) 8949 with Box A checked . . . . . . . . . . . . | | | | |
| **2** Totals for all transactions reported on Form(s) 8949 with Box B checked . . . . . . . . . . . . | | | | |
| **3** Totals for all transactions reported on Form(s) 8949 with Box C checked . . . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| **4** Short-term capital gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . . . | **4** | |
| **5** Short-term capital gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . | **5** | |
| **6** Unused capital loss carryover (attach computation) . . . SEE STATEMENT 7 | **6** | ( 109,524.) |
| **7** Net short-term capital gain or (loss). Combine lines 1a through 6 in column h . . . . . . . . . . . . | **7** | −109,524. |

### Part II — Long-Term Capital Gains and Losses - Assets Held More Than One Year

| See instructions for how to figure the amounts to enter on the lines below.<br>This form may be easier to complete if you round off cents to whole dollars. | (d)<br>Proceeds<br>(sales price) | (e)<br>Cost<br>(or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | (h) Gain or (loss)<br>Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **8a** Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b . . . . . . . . . | | | | |
| **8b** Totals for all transactions reported on Form(s) 8949 with Box D checked . . . . . . . . . . . . | | | | |
| **9** Totals for all transactions reported on Form(s) 8949 with Box E checked . . . . . . . . . . . . | | | | |
| **10** Totals for all transactions reported on Form(s) 8949 with Box F checked . . . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| **11** Enter gain from Form 4797, line 7 or 9 . . . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| **12** Long-term capital gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . | **12** | |
| **13** Long-term capital gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . | **13** | |
| **14** Capital gain distributions (see instructions) . . . . . . . . . . . . . . . . . . . . | **14** | |
| **15** Net long-term capital gain or (loss). Combine lines 8a through 14 in column h . . . . . . . . . | **15** | |

### Part III — Summary of Parts I and II

| | | |
|---|---|---|
| **16** Enter excess of net short-term capital gain (line 7) over net long-term capital loss (line 15) . . . . . . . . . | **16** | |
| **17** Net capital gain. Enter excess of net long-term capital gain (line 15) over net short-term capital loss (line 7) . . | **17** | |
| **18** Add lines 16 and 17. Enter here and on Form 1120, page 1, line 8, or the applicable line on other returns . . . | **18** | NONE |

**Note:** If losses exceed gains, see *Capital Losses* in the instructions.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.

Schedule D (Form 1120) 2022

JSA
2C1200 1.000

2690IC  2LBN                    3079064

16

Form **1125-E**

(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

## Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| INNOVATE LOAN SERVICING CORPORATION | 27-0785824 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| **1** | | | | | |
| PRESTON MILLER | ▮▮▮▮▮ | 100.000 % | % | % | 250,000. |
| RAYMOND SCOTT | ▮▮▮▮▮ | 100.000 % | % | % | 200,000. |
| THOMAS SCHWARTZ | ▮▮▮▮▮ | 100.000 % | % | % | 200,000. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 650,000. |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . . . . | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 650,000. |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-E** (Rev. 10-2016)

JSA
2C1318 1.000

| Form **4562** | **Depreciation and Amortization**<br>**(Including Information on Listed Property)** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | **Attach to your tax return.**<br>Go to *www.irs.gov/Form4562* for instructions and the latest information. | **20****22**<br>Attachment<br>Sequence No. **179** |

| Name(s) shown on return | Identifying number |
|---|---|
| INNOVATE LOAN SERVICING CORPORATION | 27-0785824 |

Business or activity to which this form relates

GENERAL DEPRECIATION AND AMORTIZATION

**Part I**   **Election To Expense Certain Property Under Section 179**
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . | **5** | |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 . . . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . | **12** | |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 . . . . . | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**   **Special Depreciation Allowance and Other Depreciation** (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | 182,755. |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . | **16** | |

**Part III**   **MACRS Depreciation** (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 . . . . . . . . . | **17** | 99. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . | | |

**Section B - Assets Placed in Service During 2022 Tax Year Using the General Depreciation System**

| **(a)** Classification of property | **(b)** Month and year placed in service | **(c)** Basis for depreciation (business/investment use only - see instructions) | **(d)** Recovery period | **(e)** Convention | **(f)** Method | **(g)** Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 30-year | | | 30 yrs. | MM | S/L | |
| **d** 40-year | | | 40 yrs. | MM | S/L | |

**Part IV**   **Summary**  (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions . . . . | **22** | 182,854. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . | **23** | | |

For Paperwork Reduction Act Notice, see separate instructions.

JSA
2X2300 1.000

Form **4562** (2022)

2690IC   2LBN                                3079064                                              18

Form 4562 (2022)          INNOVATE LOAN SERVICING CORPORATION          27-0785824          Page **2**

**Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

| 24a Do you have evidence to support the business/investment use claimed? | | Yes | | No | | 24b If "Yes," is the evidence written? | | Yes | | No |
|---|---|---|---|---|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . . . . . . . . . . | | | | | 25 | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner" or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) . . . | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year . | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? . . . . . . . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . | | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . | | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . . . . . . . . | | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** | **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2022 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2022 tax year. . . . . . . . . . . . . . . . . . . . . . . . . | | | 43 | | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . . . . . | | | 44 | | |

INNOVATE LOAN SERVICING CORPORATION

## 2022 Depreciation

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPUTER EQUIPMENT | 03/01/2017 | 3,194. | 100. | | 1,597. | 1,597. | 603. | 702. | 150 DB | HY | | | 15 | | 99. |
| COMPUTER EQUIPMENT | 01/01/2018 | 579,200. | 100. | | 579,200. | | | | 200 DB | HY | | | 5 | | |
| OFFICE EQUIPMENT | 08/31/2012 | 91,222. | 100. | | 45,611. | 45,611. | 45,611. | 45,611. | 200 DB | MQ | | | 5 | | |
| SOFTWARE | 09/11/2019 | 12,800. | 100. | | 12,800. | | | | S/L | S/L | 3.000 | | | | |
| SOFTWARE | 10/25/2019 | 8,393. | 100. | | 8,393. | | | | S/L | S/L | 3.000 | | | | |
| SOFTWARE | 10/31/2019 | 4,450. | 100. | | 4,450. | | | | S/L | S/L | 3.000 | | | | |
| SOFTWARE | 11/01/2019 | 5,000. | 100. | | 5,000. | | | | S/L | S/L | 3.000 | | | | |
| SOFTWARE | 12/02/2019 | 5,000. | 100. | | 5,000. | | | | S/L | S/L | 3.000 | | | | |
| LEASEHOLD IMPROVEMNT | 07/31/2019 | 6,626. | 100. | | 6,626. | | | | S/L | HY | 15.000 | | 15 | | |
| SOFTWARE | 01/28/2020 | 31,025. | 100. | | 31,025. | | | | S/L | S/L | 3.000 | | | | |
| SOFTWARE | 02/02/2020 | 5,000. | 100. | | 5,000. | | | | S/L | S/L | 3.000 | | | | |
| SOFTWARE | 03/05/2020 | 5,000. | 100. | | 5,000. | | | | S/L | S/L | 3.000 | | | | |
| SOFTWARE | 03/05/2020 | 5,000. | 100. | | 5,000. | | | | S/L | S/L | 3.000 | | | | |
| SOFTWARE | 03/30/2020 | 18,000. | 100. | | 18,000. | | | | S/L | S/L | 3.000 | | | | |
| SOFTWARE | 04/15/2020 | 16,167. | 100. | | 16,167. | | | | S/L | S/L | 3.000 | | | | |
| SOFTWARE | 04/30/2020 | 1,744. | 100. | | 1,744. | | | | S/L | S/L | 3.000 | | | | |
| SOFTWARE | 04/30/2020 | 6,469. | 100. | | 6,469. | | | | S/L | S/L | 3.000 | | | | |
| SOFTWARE | 07/06/2020 | 32,000. | 100. | | 32,000. | | | | S/L | S/L | 3.000 | | | | |
| HARDWARE | 07/01/2020 | 345,926. | 100. | | 345,926. | | | | 200 DB | HY | | | 5 | | |
| SOFTWARE | 01/09/2020 | 55,225. | 100. | | 55,225. | | | | S/L | S/L | 3.000 | | | | |
| SOFTWARE | 02/10/2020 | 13,740. | 100. | | 13,740. | | | | S/L | S/L | 3.000 | | | | |
| HARDWARE | 04/01/2020 | 5,752. | 100. | | 5,752. | | | | 200 DB | HY | | | 5 | | |
| SOFTWARE | 04/23/2020 | 42,208. | 100. | | 42,208. | | | | S/L | S/L | 3.000 | | | | |
| SOFTWARE | 01/01/2020 | 1,600. | 100. | | 1,600. | | | | S/L | S/L | 3.000 | | | | |
| SOFTWARE | 09/22/2021 | 30,311. | 100. | | 30,311. | | | | S/L | S/L | 3.000 | | | | |
| COMPUTER EQUIPMENT | 08/01/2021 | 4,744. | 100. | | 4,744. | | | | 200 DB | HY | | | 5 | | |
| COMPUTER EQUIPMENT | 09/02/2021 | 22,676. | 100. | | 22,676. | | | | 200 DB | HY | | | 5 | | |
| COMPUTER EQUIPMENT | 09/29/2021 | 957. | 100. | | 957. | | | | 200 DB | HY | | | 5 | | |
| COMPUTER EQUIPMENT | 11/14/2021 | 1,710. | 100. | | 1,710. | | | | 200 DB | HY | | | 5 | | |
| COMPUTER EQUIPMENT | 04/19/2022 | 9,106. | 100. | | 9,106. | | | | 200 DB | HY | | | 5 | | |
| SOFTWARE | 10/31/2022 | 34,819. | 100. | | 34,819. | | | | S/L | S/L | 3.000 | | | | |
| SOFTWARE | 10/31/2022 | 138,830. | 100. | | 138,830. | | | | S/L | S/L | 3.000 | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Less: Retired Assets . . . . . . . . . . | | | | | | | | | | | | | | | |
| **TOTALS . . . . . . . . . . . . . . .** | | 1,543,894. | | | 1,496,686. | 47,208. | 46,214. | 46,313. | | | | | | | 99. |

*Assets Retired

JSA
2C9027 1.000

2690IC   2LBN

27-0785824

20

INNOVATE LOAN SERVICING CORPORATION

# 2022 Depreciation

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION      - GRAND TOTAL PROPERTY DETAIL

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OTHER THAN LISTED PROPERTY | | | | | | | | | | | | | | | |
| GROSS | | 1,543,894. | | | 1,496,686. | 47,208. | 46,214. | 46,313. | | | | | | | 99. |
| LESS: RETIRED ASSETS | | | | | | | | | | | | | | | |
| CURRENT YEAR SPECIAL DEPRECIATION ALLOWANCE | | | | | | | | | | | | | | | 182,755. |
| SUB TOTAL: | | 1,543,894. | | | 1,496,686. | 47,208. | 46,214. | 46,313. | | | | | | | 182,854. |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| TOTAL CURRENT YEAR SPECIAL DEPRECIATION ALLOWANCE | | | | | | | | | | | | | | | 182,755. |
| GROSS AMOUNTS | | 1,543,894. | | | 1,496,686. | 47,208. | 46,214. | 46,313. | | | | | | | 99. |
| Less: Retired Assets . . . . . . . . . . | | | | | | | | | | | | | | | |
| TOTALS . . . . . . . . . . . . . . . . | | 1,543,894. | | | 1,496,686. | 47,208. | 46,214. | 46,313. | | | | | | | 182,854. |

*Assets Retired

JSA
2C9027 1.000

2690IC  2LBN

27-0785824

21

```
FORM 1120, PAGE 1 DETAIL
===============================================================================


LINE 5 - INTEREST INCOME
------------------------
    FINANCE CHARGE INCOME                                          98,726.
    OTHER INVESTMENT INTEREST                                     600,228.
                                                             ---------------
        TOTAL                                                    698,954.
                                                             ===============


LINE 10 - OTHER INCOME
----------------------
    FEE INCOME                                                 5,160,557.
    SERVICE INCOME                                               870,911.
                                                             ---------------
        TOTAL                                                  6,031,468.
                                                             ===============
```

```
FORM 1120, PAGE 1 DETAIL
===============================================================================


LINE 17 - TAXES AND LICENSES
----------------------------
    PROPERTY TAXES                                               4,939.
    FRANCHISE TAXES                                             13,091.
                                                              ---------------
      TOTAL                                                    18,030.
                                                              ===============
```

```
FORM 1120, PAGE 1 DETAIL
==============================================================================


LINE 26 - SUMMARY OF TRAVEL AND MEALS
-------------------------------------
   NET MEALS EXPENSE                                                8,096.
                                                            ----------------
      TOTAL                                                        8,096.
                                                            ================


LINE 26 - OTHER DEDUCTIONS
--------------------------
   TRAVEL AND MEALS                                                8,096.
   BANK FEES                                                      55,971.
   COMPUTER EXPENSES                                           1,333,621.
   CONFERENCES                                                     8,725.
   INSURANCE                                                     102,750.
   OFFICE SUPPLIES                                                67,318.
   PAYMENT PROCESSOR FEES                                        162,735.
   TRAVEL                                                         38,688.
   OUTSIDE SERVICES                                               11,573.
   DUES AND SUBSCRIPTIONS                                        281,789.
   CREDIT BUREAU EXPENSES                                      1,525,979.
   RECRUITING EXPENSE                                            33,575.
   PROFESSIONAL & LEGAL FEES                                    459,719.
   DIRECTOR FEES                                                 12,000.
   LICENSES AND PERMITS                                          77,262.
   TELEPHONE EXPENSE                                            173,866.
   JANITORIAL EXPENSE                                            39,471.
   UTILITIES                                                     55,543.
   MISCELLANEOUS EXPENSES                                        30,226.
   TITLE PROCESSING EXPENSE                                      17,364.
   SKIP TRACING TOOLS EXPENSE                                    78,035.
   BACKUP SERVICING EXPENSE                                      21,320.
                                                            ----------------
      TOTAL                                                    4,595,626.
                                                            ================
```

FORM 1120, PAGE 1 DETAIL
=================================================================================================

LINE 29A - NON-SRLY NOL DEDUCTION
---------------------------------

| YEAR ENDING | ORIGINAL NOL | AMOUNT AVAILABLE | AMOUNT USED | CONVERTED CONTRIBUTIONS | CARRYOVER TO NEXT YEAR |
|-------------|--------------|------------------|-------------|-------------------------|------------------------|
| 12/31/2011  | 669,487.     | NONE             |             |                         | NONE                   |
| 12/31/2012  | 5,037,578.   | 2,177,776.       |             |                         | 2,177,776.             |
| 12/31/2015  | 1,192,280.   | 1,192,280.       |             |                         | 1,192,280.             |
| 12/31/2016  | 264,448.     | 264,448.         |             |                         | 264,448.               |
| 12/31/2017  | 1,370,262.   | 1,370,262.       |             |                         | 1,370,262.             |
| 12/31/2019  | 3,146,046.   | 3,146,046.       |             |                         | 3,146,046.             |
| 12/31/2020  | 4,778,994.   | 4,778,994.       |             |                         | 4,778,994.             |
| 12/31/2021  | 6,215,394.   | 6,215,394.       |             |                         | 6,215,394.             |
| 12/31/2022  | 3,100,040.   | 3,100,040.       |             |                         | 3,100,040.             |
| TOTAL       | 25,774,529.  | 22,245,240.      |             |                         | 22,245,240.            |

```
FORM 1120, PAGE 6 DETAIL
==================================================================================
```

```
SCH L, LINE 6 -
OTHER CURRENT ASSETS                        BEGINNING            ENDING
--------------------                    ---------------     ---------------
   PREPAID RENT                                28,025.             28,025.
   PREPAID EXPENSES                           823,707.            686,384.
   DEFERRED RENT                               38,892.               NONE
   LINE OF CREDIT RECEIVABLE                      NONE          2,135,985.
                                        ---------------     ---------------
      TOTAL                                   890,624.          2,850,394.
                                        ===============     ===============


SCH L, LINE 9 - OTHER INVESTMENTS
--------------------------------
   OTHER INVESTMENTS                        1,168,259.          1,480,683.
                                        ---------------     ---------------
      TOTAL                                 1,168,259.          1,480,683.
                                        ===============     ===============


SCH L, LINE 14 - OTHER ASSETS
----------------------------
   OTHER ASSETS                               426,393.               NONE
   DUE FROM RELATED PARTY                         NONE               NONE
   DEFERRED TAX ASSET                         2,697,591.             NONE
   DEFERRED FINANCING COSTS                     125,000.             NONE
                                        ---------------     ---------------
      TOTAL                                 3,248,984.               NONE
                                        ===============     ===============


SCH L, LINE 21 - OTHER LIABILITIES
---------------------------------
   ACCRUED EXPENSES                            189,730.            714,094.
   ACCRUED PAYROLL                             129,082.            141,186.
   LEASE PAYABLE - CIT FINANCE                 180,716.             73,661.
   OTHER LIABILITIES                             2,346.            607,427.
   DUE TO RELATED PARTY                            NONE            147,217.
                                        ---------------     ---------------
      TOTAL                                    501,874.          1,683,585.
                                        ===============     ===============
```

```
                                                              STATEMENT   5
```

FORM 1120, PAGE 6 DETAIL
================================================================================

SCH M-1, LINE 5 - EXPENSES RECORDED ON BOOKS NOT DEDUCTED ON RETURN
--------------------------------------------------------------------
```
    DEFERRED RENT                                              13,726.
    ASSET IMPAIRMENT                                          297,487.
                                                           ---------------
        TOTAL                                                311,213.
                                                           ===============
```

SCH M-1, LINE 7 - INCOME RECORDED ON BOOKS NOT INCLUDED ON RETURN
--------------------------------------------------------------------
```
    PPP LOAN                                                 899,424.
                                                           ---------------
        TOTAL                                                899,424.
                                                           ===============
```

SCH M-1, LINE 8 - DEDUCTIONS ON RETURN NOT RECORDED ON BOOKS
-----------------------------------------------------------
```
    BAD DEBTS                                                320,322.
    ACCRUED EXPENSES                                         129,642.
                                                           ---------------
        TOTAL                                                449,964.
                                                           ===============
```

SCH M-2, LINE 6 - OTHER DECREASES
---------------------------------
```
    PRIOR PERIOD ADJUSTMENT                                2,697,589.
                                                           ---------------
        TOTAL                                              2,697,589.
                                                           ===============
```

SCHEDULE D DETAIL
================================================================================

LINE 6 - UNUSED CARRYOVERS
--------------------------
TAXABLE YEAR                                    C/O FR PRIOR YRS   C/O TO NEXT YR

2020                                                   109,524.          109,524.
                                                ---------------   ---------------
TOTAL                                                  109,524.          109,524.
                                                ---------------   ===============
CARRYBACK
                                                ---------------
TOTAL FOR LINE 6                                       109,524.
                                                ===============

**Electronic Filing Information:  PDF attachments Included in this Return**

**Tax Year:**  2022                    **Jurisdiction:**   Federal
**Name:**   INNOVATE LOAN SERVI        **No of Attachments:**   1
**Return No:**   C2690IC2

| PDF Attachment Description | PDF File Name | File Size |
| --- | --- | --- |
| PPA Loan | C2690IC2_FE_PPA Loan forgiven Innovate.pdf | 112,947 |

# Rev. Proc 2021-48, Section 3.01(1)

Name of the Taxpayer: Innovate Loan Servicing Corporation

Address: 4704 Mercantile Drive, Fort Worth, TX 76137

FEIN: 27-0785824

The taxpayer is applying Section 3.01(1) of Rev. Proc. 2021-48 for the 2022 tax year.  The taxpayer received a PPP Loan for a total amount of $899,424 and forgiveness of the loan was granted on February 15th, 2022

Note:

2023 Tax Returns have not been released by accountants nor filed with the Internal Revenue Service.