**Fill in this information to identify the case:**

Debtor name ___Innovate Loan Servicing Corporation___

United States Bankruptcy Court for the: ___Northern District of Texas___
(State)

Case number (If known): ___24-42243-MXM11V___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...................................................................     $ _____0.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................................     $ ____703,248.94__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................................     $ ____703,248.94__

---

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................     $ ____72,992.78__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................     $ _____0.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................     **+**$ __2,646,270.49__

4. **Total liabilities**.................................................................................................
   Lines 2 + 3a + 3b                                                                           $ __2,719,263.27__

**Fill in this information to identify the case:**

Debtor name  Innovate Loan Servicing Corporation

United States Bankruptcy Court for the: Northern District of Texas

Case number (If known):  24-42243-MXM11V

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. Wells Fargo Checking - Master | Checking | 0  0  2  0 | $ 157,955.00 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | $ |
| --- | --- |
| 4.2. | $ |

5. **Total of Part 1**  $ 157,955.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. Mercantile Partners, L.P.  (Landlord) | $ 17,647.50 |
| --- | --- |
| 7.2. | $ |

Debtor   Innovate Loan Servicing Corporation
_____   Case number *(if known)* 24-42243-MXM11V
Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Prepaid Insurance _____   $ 22,000.00 _____

8.2. _____   $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $ 39,647.50 _____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less: 400,224.00 _____ − 0.00 _____ = ........→ $ 400,224.00 _____
     face amount        doubtful or uncollectible accounts

11b. Over 90 days old: 0.00 _____ − 0.00 _____ = ........→ $ 0.00 _____
     face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 400,224.00 _____

## Part 4:   Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $ _____

14.2. _____   _____   $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:   % of ownership:

15.1. _____   _____%   _____   $ _____

15.2. _____   _____%   _____   $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $ _____

16.2. _____   _____   $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $ _____

---

Debtor _____ Innovate Loan Servicing Corporation _____ Case number (if known) ____24-42243-MXM11V____
       Name

---

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

---

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page 3

| Debtor | Innovate Loan Servicing Corporation | Case number (if known) 24-42243-MXM11V |
|--------|--------------------------------------|----------------------------------------|
|        | Name                                 |                                        |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|------------------------------------|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** Fixed Assets | $ 209,736.00 | Book Value | $ 32,709.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 32,709.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____ Case number (if known) 24-42243-MXM11V
      Innovate Loan Servicing Corporation
      Name

---

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49.** **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____    Case number (if known) _24-42243-MXM11V_
     Innovate Loan Servicing Corporation
     Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Leasehold Estate - 3001 Meacham Blvd, Fort Worth, TX 76137 | | $_____ | _____ | 0.00<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| 0.00<br>$_____ |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $_____ |
|---|

Debtor   Innovate Loan Servicing Corporation
         Name

                                              Case number *(if known)*  24-42243-MXM11V

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   ☐ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☐ No. Go to Part 12.
   ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
   Description (include name of obligor)

   _____   0.00    —   0.00    = ➡   $ 0.00
                             Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

   _____                       $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   Final Judgment against Lowcountry Truck & Auto, LLC f/b/o Monacl   $ 0.00

   **Nature of claim**     Receivables Purchase Agreement
   **Amount requested**   $ 236,622.08

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   Backup Servicing A/R                          $ 6,000.00

   **Nature of claim**     Backup Servicing A/R
   **Amount requested**   $ 6,000.00

76. **Trusts, equitable or future interests in property**
   See continuation sheet                        $ 66,713.44

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____                       $_____
   _____                       $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.          $ 72,713.44

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Debtor | Innovate Loan Servicing Corporation | Case number *(if known)* 24-42243-MXM11V |
| --- | --- | --- |
| | Name | |

---

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 157,955.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 39,647.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 400,224.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 32,709.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................. ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 72,713.44 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 703,248.94 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................. | 703,248.94 | $ 703,248.94 |

24-42243-MXM11V

Debtor 1 ____Innovate Loan Servicing Corporation_____   Case number *(if known)*_____

First Name     Middle Name     Last Name

## Continuation Sheet for Official Form 206 A/B

**76) Trusts, equitable or future interests in property**

| General description | Current value |
|---|---|
| **Innovate Master Trust – Certificate of Trust Ownership (COTO-1) – 541(e)** | 0.00 |
| **Investment in Trust (Medalist)** | 66,713.44 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Innovate Loan Servicing Corporation |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (If known): | 24-42243-MXM11V |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** | **Creditor's name**
CapitalSource Bank

**Describe debtor's property that is subject to a lien**
Filed UCC1

$ 0.00 | $ 0.00

**Creditor's mailing address**
5404 Wisonsin Ave.
2nd Floor, Chevy Chase, MD 20815

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** | **Creditor's name**
Dell Financial Services

**Describe debtor's property that is subject to a lien**
Dell Master Lease Agreement - Filed UCC1 - Computer Equipment

$63,138.30 | $0.00

**Creditor's mailing address**
PO Box 5292
Carol Stream, IL 60197-5292

**Describe the lien**
Filed UCC1

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**       $ 72,992.78

Debtor _____
         Innovate Loan Servicing Corporation
         Name

Case number (if known) __24-42243-MXM11V__

| | |
|---|---|
| **Part 1:** | **Additional Page** |

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral** |
| | Do not deduct the value | **that supports this** |
| | of collateral. | **claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** | **Creditor's name**
IC Depositor LLC

**Describe debtor's property that is subject to a lien**

Filed UCC1

$0.00          $0.00

**Creditor's mailing address**

4704 Mercantile Drive
Fort Worth, TX 76137

**Creditor's email address, if known**

**Describe the lien**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4** | **Creditor's name**
Innovate Master Trust

**Describe debtor's property that is subject to a lien**

Filed UCC1

$0.00          $0.00

**Creditor's mailing address**

c/o Delaware Trust Company, as Delaware
251 Little Falls Drive, Wilmington, DE 1980

**Creditor's email address, if known**

**Describe the lien**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page _2_ of _6_

Debtor  Innovate Loan Servicing Corporation
        Name
        Case number (if known) 24-42243-MXM11V

| Part 1: | **Additional Page** | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
Innovate Master Trust, solely with respect to Series 2022-2 ASTI

**Describe debtor's property that is subject to a lien**

Filed UCC1

$0.00        $0.00

**Creditor's mailing address**

c/o Delaware Trust Company
251 Little Falls Drive, Wilmington, DE 1980

**Creditor's email address, if known**

**Date debt was incurred** _____

**Describe the lien**

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** Creditor's name
Pagaya Auto Loan Trust

**Describe debtor's property that is subject to a lien**

Filed UCC1

$0.00        $0.00

**Creditor's mailing address**

c/o Pagaya Investments US LLC
90 Park Avenue, 31st Floor, New York, NY

**Creditor's email address, if known**

**Date debt was incurred** _____

**Describe the lien**

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Innovate Loan Servicing Corporation                          24-42243-MXM11V
            Name                                           Case number *(if known)*

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** | Creditor's name
Pagaya Auto Loan Trust II

Describe debtor's property that is subject to a lien

Filed UCC1

$0.00                    $0.00

**Creditor's mailing address**

c/o Pagaya Investments US LLC
90 Park Avenue, 31st Floor, New York, NY

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

**2.8** | Creditor's name
Theorem Main Fund Auto Holdings Trust

Describe debtor's property that is subject to a lien

Filed UCC1

$0.00                    $0.00

**Creditor's mailing address**

400 Concar Drive
San Mateo, CA 94402

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor ____Innovate Loan Servicing Corporation_____   Case number *(if known)* __24-42243-MXM11V__
          Name

| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9** Creditor's name
Var Technology Finance (Leaf)

**Describe debtor's property that is subject to a lien**

Filed UCC1 - Barracuda

$9,854.48        $0.00

**Creditor's mailing address**

P.O. Box 5066
Hartford, CT 06102-5066

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** Creditor's name

**Describe debtor's property that is subject to a lien**

$_____        $_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page _5_ of _6_

| Debtor | Innovate Loan Servicing Corporation | Case number *(if known)* | 24-42243-MXM11V |
| | Name | | |

<div style="background:black;color:white;">**Part 2:**</div> **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Innovate Loan Servicing Corporation |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known) | 24-42243-MXM11V |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____ | $_____ |
| | | *Check all that apply.* | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | **Basis for the claim:** | |
| | _____ | | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? | |
| | | ☐ No | |
| | | ☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | |

| | | | |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____ | $_____ |
| | | *Check all that apply.* | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | **Basis for the claim:** | |
| | _____ | | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? | |
| | | ☐ No | |
| | | ☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | |

| | | | |
|---|---|---|---|
| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____ | $_____ |
| | | *Check all that apply.* | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | **Basis for the claim:** | |
| | _____ | | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? | |
| | | ☐ No | |
| | | ☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | |

Debtor  Innovate Loan Servicing Corporation                    Case number *(if known)*  24-42243-MXM11
         Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>360 TOWING & RECOVERY<br>5724 ASBURY AVE<br><br>Fort Worth, TX 76119 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Business Account | $ 1,050.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>[temp] | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Innovate Master Trust - ATSI Servicing Supplements (Series 20 | $ 0.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>ABSOLUTE AUTOMOTIVE INC.<br>319 DEVOE ST<br><br>BROOKLYN, NY 11211 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Business Account | $ 381.06 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Adrytech, LLC<br>PO Box 71277<br><br>Phoenix, AZ 85050 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Business Account | $ 23,475.36 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Afa Towing & Recovery<br>1581 West 49 Street Suite 140<br><br>Hialeach, FL 33012 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Business Account | $ 1,250.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>ALEJANDRO RUIZ<br>216 E WIER AV<br><br>PHOENIX, AZ 85040-2163 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Borrower Refund | $ 47.78 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor _____     Case number _(if known)_ __24-42243-MXM-FYM__
          Innovate Loan Servicing Corporation
          Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.__7__** Nonpriority creditor's name and mailing address

ALEXIS CHRISTINE GOULD
160 South colonial

Cortland, OH 44410-1206

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

$ 28.18

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__8__** Nonpriority creditor's name and mailing address

ALS Resolvion (1st Placement)
PO BOX 4458 DEPT.450

HOUSTON, TX 77210

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 3,050.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__9__** Nonpriority creditor's name and mailing address

America's AA Pensacola
6615 Mobile Highway

PENSACOLA, FL 32526

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 292.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__10__** Nonpriority creditor's name and mailing address

American Asset Recovery Company of
Cleaveland
M.P.O. Box 606

Oberlin, OH 44074

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 295.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__11__** Nonpriority creditor's name and mailing address

American Collateral Recovery of Kansas City
13130 SO 71 Hwy

GRANDVIEW, MO 64030

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 200.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _Innovate Loan Servicing Corporation_____    Case number _(if known)_ __24-42243-MXM11__
          Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 12  **Nonpriority creditor's name and mailing address**

American Express
28 Liberty Street

New York, NY 10005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 20,584.29

---

**3.** 13  **Nonpriority creditor's name and mailing address**

American Repo
9737 NW 41 ST # 370

DORAL, FL 33178

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 995.00

---

**3.** 14  **Nonpriority creditor's name and mailing address**

Anchor Sales Towing & Recovery LLC (GA)
2963 Joycliff Rd

Macon, GA 31211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,400.00

---

**3.** 15  **Nonpriority creditor's name and mailing address**

ANH LE
1479 CARTAGENA AV

HAYWARD, CA 94544-6211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 498.01

---

**3.** 16  **Nonpriority creditor's name and mailing address**

ANIKA  LATTY
2345 DOUGLAS ST

HOLLYWOOD, FL 33020-1427

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 20.05

Debtor  Innovate Loan Servicing Corporation _____  Case number *(if known)* 24-42243-MXM11
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 17  **Nonpriority creditor's name and mailing address**

ANTHONY ERVIN
1521 N 14TH ST

De Queen, AR 71832-3931

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 137.18

---

**3.** 18  **Nonpriority creditor's name and mailing address**

Asset Resolutions Inc.1
14125 Reeveston Rd

Houston, TX 77039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 649.50

---

**3.** 19  **Nonpriority creditor's name and mailing address**

Associates Asset Recovery
PO Box 12470

Florence, SC 29504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,715.00

---

**3.** 20  **Nonpriority creditor's name and mailing address**

AT&T Mobility
P.O. Box 6463

Carol Stream, IL 60197-6463

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,615.50

---

**3.** 21  **Nonpriority creditor's name and mailing address**

Auto Auction Services Corporation
Dept 720042

PO, OH 1335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,778.00

---

Debtor  Innovate Loan Servicing Corporation                     Case number *(if known)*  24-42243-MXM11
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.22** **Nonpriority creditor's name and mailing address**

Bel Air Auto Auction
PO BOX 200

Belcamp, MD 21017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 60.00

---

**3.23** **Nonpriority creditor's name and mailing address**

BELL & WILLIAMS ASSOCIATES INC.
P.O. BOX 238

Windham, 0 3087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 105.00

---

**3.24** **Nonpriority creditor's name and mailing address**

BlueCross BlueShield of Texas
1501 North Plano Road

Richardson, TX 75081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 19,959.85

---

**3.25** **Nonpriority creditor's name and mailing address**

Bodysnatcherz Repossession Inc.
18270 Westcott Drive

Belleville, MI 48111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 1,050.00

---

**3.26** **Nonpriority creditor's name and mailing address**

Box, Inc
PO BOX 884666

Los Angeles, CA 90088-4666

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 2,086.70

---

Debtor _____Innovate Loan Servicing Corporation_____   Case number (if known) ___24-42243-MXM11___
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

BRIANNA  LACY
317 GERONIMO RD

CHAPARRAL, NM 88081-7522

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Borrower Refund

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 415.60

---

**3.28** Nonpriority creditor's name and mailing address

BRITTANY  WASHINGTON
7631 GOUDIN DR

Missouri City, TX 77489-2349

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Borrower Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 48.66

---

**3.29** Nonpriority creditor's name and mailing address

Burr & Forman LLP
PO BOX 830719

Birmingham, AL 35283-0719

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Account

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 405.48

---

**3.30** Nonpriority creditor's name and mailing address

CALLTOWER
DEPT LA 23615

PASADENA, CA 91185-3615

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Account

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,662.21

---

**3.31** Nonpriority creditor's name and mailing address

CarFax
16630 Collection Center Dr

Chicago, IL 60693

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Account

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,667.75

---

Debtor _Innovate Loan Servicing Corporation_____ Case number _(if known)_ _24-42243-MXM-11_____
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 32  **Nonpriority creditor's name and mailing address**

CARLOS ANTONIO RAMIREZ DELGADO
406 EVERLEEE LANE

Mount Juliet, TN 37122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

$ 40.49

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 33  **Nonpriority creditor's name and mailing address**

CAUSE+EFFECT STRATEGY
PO BOX 93100

Rochester, NY 14692

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 20,262.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 34  **Nonpriority creditor's name and mailing address**

CHARLES  RICHARDSON
160 CAMINO DE VIDA APT G

Santa Barbara, CA 93111-2232

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

$ 1,161.63

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 35  **Nonpriority creditor's name and mailing address**

Charles Caragan
17832 ORANGE TREE LN

TUSTIN, CA 92780-2147

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

$ 403.17

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 36  **Nonpriority creditor's name and mailing address**

CHRISTINA  GENTRY
2776 MUSTANG DR

OAKDALE, CA 95361-8352

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

$ 87.08

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Innovate Loan Servicing Corporation
        Name

Case number (if known) 24-42243-MXM11

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

CIT-First-Citizens Bank & Trust Co
21146 Network Place

Chicago, IL 60673-1211

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Account

$ 7,532.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.38** Nonpriority creditor's name and mailing address

COPART INC
4610 Westamerica Drive

Fairfield, CA 94534

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Account

$ 7,871.94

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.39** Nonpriority creditor's name and mailing address

CORECOVERY
9300 Tech Center Drive #190

Sacramento, CA 95826

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Account

$ 18,444.81

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.40** Nonpriority creditor's name and mailing address

Cox Automotive Inc
Attn Cox Automotive

Atlanta, GA 31193-5634

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Account

$ 6,396.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.41** Nonpriority creditor's name and mailing address

CrossBridge Global Partners
9542 W. Bethel Crt

Boise, ID 83709

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 11,408.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____Innovate Loan Servicing Corporation_____ Case number *(if known)*____24-42243-MXM11____
          Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 42  **Nonpriority creditor's name and mailing address**

DALLAS SECURITY SYTEMS
PO BOX 550939

DALLAS, TX 75355-0939

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 239.50

---

**3.** 43  **Nonpriority creditor's name and mailing address**

DAMIAN J ARMSTRONG
111 THORNWOOD DR

WOODSTOCK, GA 30188-6032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 190.85

---

**3.** 44  **Nonpriority creditor's name and mailing address**

DATA OCEANS, LLC
Georgia 400 Center

Alpharetta, GA 30009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,177.97

---

**3.** 45  **Nonpriority creditor's name and mailing address**

Datamax
PO Box 2235

St. Louis, MO 63139-2235

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,593.20

---

**3.** 46  **Nonpriority creditor's name and mailing address**

Dealertrack
PO BOX 6129

New York, NY 10249-6129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,722.74

---

Debtor _____Innovate Loan Servicing Corporation_____    Case number *(if known)* __24-42243-MXM-11__
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.**47  **Nonpriority creditor's name and mailing address**

Decision Dynamics LLC
PO Box 1337

Irmo, SC 29063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,094.43

**Basis for the claim:** Business Account

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**48  **Nonpriority creditor's name and mailing address**

Defi Solutions Inc.
1500 Solana Blvd, Ste 6400

WESTLAKE, TX 76262

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,010,645.16

**Basis for the claim:** Business Account

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**49  **Nonpriority creditor's name and mailing address**

Del Mar Recovery Solutions GP
2177 SALK AVE

Carlsbad, CA 92008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 790.00

**Basis for the claim:** Business Account

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**50  **Nonpriority creditor's name and mailing address**

Delaware Trust Company, as COTO Trustee
2515 Little Falls Drive
Wilmington, DE 19808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** Innovate Master Trust Amended and Restated Trust Agreement by and between Innovate Loan Servicing Corporation, as Settlor and Initial Beneficiary

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**51  **Nonpriority creditor's name and mailing address**

Dell Financial Services
PO Box 5292

Carol Stream, IL 60197-5292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63,138.30

**Basis for the claim:** Business Account

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _Innovate Loan Servicing Corporation_ Case number _(if known)_ _24-42243-MXM11_
    Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.52**    **Nonpriority creditor's name and mailing address**

Dell Financial Services L.L.C.
Mail Stop - PS2DF-23
One Dell Way
Round Rock, TX 78682

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** Business Account

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.53**    **Nonpriority creditor's name and mailing address**

Dell Financial Services LLC
12234 N. IH-35, Bldg B

Austin, TX 78753

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.54**    **Nonpriority creditor's name and mailing address**

DEMARCO AMURRU SHAK OLIVER
20332 BAGRAM RD

Fort Drum, NY 13602-4410

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 379.29

**Basis for the claim:** Borrower Refund

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.55**    **Nonpriority creditor's name and mailing address**

DENIUS LAW P.A.
4767 NEW BROAD ST

ORLANDO, FL 32814

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,825.00

**Basis for the claim:** Business Account

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.56**    **Nonpriority creditor's name and mailing address**

Denius Law P.A.
4767 New Broad Street

Orlando, FL 32814

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** Business Account

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor  Innovate Loan Servicing Corporation
        _____
        Name

Case number (if known) 24-42243-MXM-11

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 57  **Nonpriority creditor's name and mailing address**

Digital Recognition Network Inc.
4150 International Plaza Ste 800

Fort Worth, TX 76109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,238.67

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** 58  **Nonpriority creditor's name and mailing address**

e-OSCAR
Dept 224501

PO, OH 55000

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 127.92

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** 59  **Nonpriority creditor's name and mailing address**

EAGLE MOUNTAIN-SAGINAW ISD
500 EAST BORDER

Arlington, TX 76010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 499.67

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** 60  **Nonpriority creditor's name and mailing address**

EDISON L WATKINS
1788 AUSTELL RD APT J9

MARIETTA, GA 30008-4375

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 255.87

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** 61  **Nonpriority creditor's name and mailing address**

EDUARDO  GALVAN MELENDEZ
2309 1/2 CLARENDON AVE

Huntington Park, CA 90255-3517

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 791.25

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

Debtor _____    Case number (if known) __24-42243-MXM-11__
     Innovate Loan Servicing Corporation
    Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** | **Nonpriority creditor's name and mailing address**

Elsker Inc. (dba Fuse)
1460 Broadway, Ste 4029

New York, NY 10036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 33,334.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.63** | **Nonpriority creditor's name and mailing address**

EQUIFAX Verification Services
4076 PayShpere Circle

Chicago, IL 60674-4076

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 113.66

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.64** | **Nonpriority creditor's name and mailing address**

EVERARDO BONILLA CARMONA
2725 FOREST BV

JACKSONVILLE, FL 32246-3415

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 59.49

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.65** | **Nonpriority creditor's name and mailing address**

Excensure
72 VAN REIPEN AVE PMB #27

Jersey City, 0 7306

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,238.45

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.66** | **Nonpriority creditor's name and mailing address**

FedEx
PO Box 660481

Dallas, TX 75266-0481

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,572.93

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor  Innovate Loan Servicing Corporation
        _____
        Name

Case number (if known)  24-42243-MXM11
                        _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 67   **Nonpriority creditor's name and mailing address**

Financial Adjusters Inc
1634 Macarthur Rd

WHITEHALL, PA 18052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

    **Date or dates debt was incurred** _____

    **Last 4 digits of account number** _____

$ 505.00

---

**3.** 68   **Nonpriority creditor's name and mailing address**

GABRIEL VILLALVAZO
1209 APODACA ST SW

ALBUQUERQUE, NM 87121-8001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

    **Date or dates debt was incurred** _____

    **Last 4 digits of account number** _____

$ 246.95

---

**3.** 69   **Nonpriority creditor's name and mailing address**

GATA Recovery LLC
4 E Cherry St

Statesboro, GA 30458

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

    **Date or dates debt was incurred** _____

    **Last 4 digits of account number** _____

$ 350.00

---

**3.** 70   **Nonpriority creditor's name and mailing address**

GERARDO ALONSO GOMEZ-FERNANDEZ
20 3rd ave

Trenton, NJ 08619-3256

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

    **Date or dates debt was incurred** _____

    **Last 4 digits of account number** _____

$ 1,196.91

---

**3.** 71   **Nonpriority creditor's name and mailing address**

Guardian
PO Box 677458

Dallas, TX 75267-7458

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

    **Date or dates debt was incurred** _____

    **Last 4 digits of account number** _____

$ 2,476.31

---

Debtor _____ Innovate Loan Servicing Corporation _____    Case number (if known) __24-42243-MXM11__
           Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72**   **Nonpriority creditor's name and mailing address**

Guardian Services LLC
PO Box 641387

Kenner, LA 70064

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 725.00

---

**3.73**   **Nonpriority creditor's name and mailing address**

GUTHRIE TOWING & RECOVERY
6222 EAST COUNTY RD

GUTHRIE, OK 73044

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 450.00

---

**3.74**   **Nonpriority creditor's name and mailing address**

GUY PAUL THIBODEAUX
1983 BURMA RD

THIBODAUX, LA 70301-5793

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 699.43

---

**3.75**   **Nonpriority creditor's name and mailing address**

GWENLINCIA MAJOR
5577 HOUSTON RD APT 1201

MACON, GA 31216-4905

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 113.90

---

**3.76**   **Nonpriority creditor's name and mailing address**

HAROLD S THOMAS
94 EASTMONT LN

SICKLERVILLE, NJ 08081-1938

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 125.60

---

Debtor _____Innovate Loan Servicing Corporation_____     Case number (if known) ___24-42243-MXM11___
              Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 77   **Nonpriority creditor's name and mailing address**

Hide N Seek Towing and Recovery Inc
818-A Idlewood Rd

Waynesboro, GA 30830

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 350.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 78   **Nonpriority creditor's name and mailing address**

High Tech Recovery
9350 102nd Place South

Boynton Beach, FL 33437

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 440.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 79   **Nonpriority creditor's name and mailing address**

Hunton Andrews Kurth LLP
Attn: Gregg Schmitt

Dallas, TX 75202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 222,837.80

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 80   **Nonpriority creditor's name and mailing address**

Hyde-N-Seek Recovery Inc
PO Box 5604

Gainsville, FL 32627

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 575.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 81   **Nonpriority creditor's name and mailing address**

I R SERVICES
17424 WEST GRAND PARKWAY #150

Sugarland, TX 77479

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 508.78

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____   Case number (if known) _____
        Innovate Loan Servicing Corporation                              24-42243-MXM-11
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** ⁸² **Nonpriority creditor's name and mailing address**

IC Depositor LLC
2650 Meacham Blvd
Fort Worth, TX 76137

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** Master Receivables Purchase and Sale Agreement by and between Debtor and IC Depositor LLC

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ⁸³ **Nonpriority creditor's name and mailing address**

IMAGE ACCESS CORP
22 PARIS AVE, SUITE 210

Rockleigh, NJ 07647

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23,800.00

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ⁸⁴ **Nonpriority creditor's name and mailing address**

Innovate Master Trust
c/o Delaware Trust Company
251 Little Falls Drive
Wilmington, DE 19808

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** Master Servicing and Custodial Agreement dated August 23, 2019 between Debtor and Innovate Master Trust

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ⁸⁵ **Nonpriority creditor's name and mailing address**

Innovate Master Trust
c/o Delaware Trust Company
251 Little Falls Drive
Wilmington, DE 19808

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** Trust Administration Agreement dated August 23, 2019 between Debtor and Innovate Master Trust

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ⁸⁶ **Nonpriority creditor's name and mailing address**

Innovative Recovery Solutions
24654 N Lake #103448

Peoria, AZ 85383

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 688.00

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____Innovate Loan Servicing Corporation_____     Case number _(if known)_ __24-42243-MXM11__
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.87** **Nonpriority creditor's name and mailing address**

JASON WILLIAM BUCK
500 East 3th street apartment 716

Kansas City, MO 64106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**$** 212.03

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88** **Nonpriority creditor's name and mailing address**

JEAN CLAUDE  LAROSE
2000 PROGRESS PKWY SUITE 800

Schaumburgh, IL 60196

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**$** 422.67

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.89** **Nonpriority creditor's name and mailing address**

JESSE L YEARTA
4 EDGEWOOD CIR CI

Fort Oglethorpe, GA 30742

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**$** 380.51

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90** **Nonpriority creditor's name and mailing address**

JONATHAN CRAWFORD
1827 RIDGE RD

CHATHAM, IL 62629-2643

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**$** 41.33

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91** **Nonpriority creditor's name and mailing address**

JORGE  DELGADO IBARRA
910 W JONES ST

PLANO, IL 60545-1859

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**$** 25.38

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____    Case number _(if known)_ 24-42243-MXM11 ___
     Innovate Loan Servicing Corporation
     Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.92**  **Nonpriority creditor's name and mailing address**

JOSE  RIOS MENDOZA
100 N HEARTHSTONE WA #4157

CHANDLER, AZ 85226

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 475.69**

Basis for the claim: Borrower Refund

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.93**  **Nonpriority creditor's name and mailing address**

JULIE  POTEAT
PO BOX 676360

Dallas, TX 75267-6360

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 41.26**

Basis for the claim: Borrower Refund

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.94**  **Nonpriority creditor's name and mailing address**

JURISCO
PO Box 12939

Tallahassee, FL 32317-2939

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 3,550.00**

Basis for the claim: Business Account

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.95**  **Nonpriority creditor's name and mailing address**

KARUS
2515 OCTAVIA STREET  UNIT 2

San Francisco, CA 94123

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 12,129.91**

Basis for the claim: Business Account

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.96**  **Nonpriority creditor's name and mailing address**

KIMBERLY  BOUTTE
8633 KELLEY DR

STOCKTON, CA 95209-2119

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 48.22**

Basis for the claim: Borrower Refund

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.⁹⁷**    **Nonpriority creditor's name and mailing address**

KM2 Solutions, LLC
600 Eagleview Blvd

Exton, PA 19341

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 83,335.63

---

**3.⁹⁸**    **Nonpriority creditor's name and mailing address**

KOBY AUSTIN EVANS
7514 LANTERN PARK AVE

Apollo Beach, FL 33572-1596

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 99.81

---

**3.⁹⁹**    **Nonpriority creditor's name and mailing address**

KPMG LLC
PO Box 120511

Dallas, TX 75312-0511

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 19,250.00

---

**3.¹⁰⁰**    **Nonpriority creditor's name and mailing address**

LAQUANDA GRANT
1404 TREILMORE DR LOT B

CHARLESTON, SC 29407

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 83.23

---

**3.¹⁰¹**    **Nonpriority creditor's name and mailing address**

LARRY ARNOLD
4007 WEST SALINAS STREET

San Antonio, TX 78207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 70.58

---

Debtor ___Innovate Loan Servicing Corporation_____    Case number _(if known)___24-42243-MXM11_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.102** **Nonpriority creditor's name and mailing address**

LARRY SCHUCKERS
230 DUTCHTOWN RD

REYNOLDSVILLE, PA 15851-5918

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

$ 31.12

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.103** **Nonpriority creditor's name and mailing address**

LAWRENCE  MORGAN
2145 98TH AV

MIAMI, FL 33165-7519

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

$ 239.39

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.104** **Nonpriority creditor's name and mailing address**

Lefkoff, P.C.
5555 Glenridge Connector, Ste. 900

Atlanta, GA 30342

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 2,515.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.105** **Nonpriority creditor's name and mailing address**

LOANPRO SOFTWARE LLC
172 N EAST PROMONTORY

Farmington, UT 84025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 48,113.95

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.106** **Nonpriority creditor's name and mailing address**

Location Services, LLC
PO BOX 7879

Carol Stream, IL 60197

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 3,710.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor ___Innovate Loan Servicing Corporation_____   Case number (if known)___24-42243-MXM11___
             Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 107  **Nonpriority creditor's name and mailing address**

Locator Technologies LLC
1801 W Olympic Blvd

Pasadena, CA 91199-1312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,050.00

---

**3.** 108  **Nonpriority creditor's name and mailing address**

LONDA HUTTON
431 E WALLACE ST

SHAWNEE, OK 74801-5936

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 166.69

---

**3.** 109  **Nonpriority creditor's name and mailing address**

LUCIA GARNICA  HERRING
4976 NW 49TH AVE

Coconut Creek, FL 33073-4901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 98.01

---

**3.** 110  **Nonpriority creditor's name and mailing address**

LUIGI SANTOS
1545 N HOBART BLVD APT 105

Los Angeles, CA 90027-4939

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 66.32

---

**3.** 111  **Nonpriority creditor's name and mailing address**

LYNETTE BLAIRE  KEENEY
102 Boxwood Rd

Red Lion, PA 17356

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 258.31

---

Debtor _____   Case number (if known) __24-42243-MXM11__
     Innovate Loan Servicing Corporation
     Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.112 Nonpriority creditor's name and mailing address**

MA FANY MEDEROS CEDILLO
PO Box 120511

Dallas, TX 75312-0511

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 702.91

**Basis for the claim:** Borrower Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113 Nonpriority creditor's name and mailing address**

MARC ANTHONY APOSTOL
736 Soto Street APT B

Martinez, CA 94553-2619

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 154.25

**Basis for the claim:** Borrower Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114 Nonpriority creditor's name and mailing address**

MARGARITA MAR CEVALLOS
304 SUNSET LN

LEBANON, PA 17046-2040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125.91

**Basis for the claim:** Borrower Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115 Nonpriority creditor's name and mailing address**

MARK MCCORD
741 CLAYTON RD

ECRU, MS 38841-7723

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 478.45

**Basis for the claim:** Borrower Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 Nonpriority creditor's name and mailing address**

Mars Recovery
27057 Hanna Rd

Conroe, TX 77385

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 541.26

**Basis for the claim:** Business Account

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Innovate Loan Servicing Corporation                    Case number (if known)  24-42243-MXM-11
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.117** Nonpriority creditor's name and mailing address

MARTHA A KIZER
5417 HIGHTOR LN

MEMPHIS, TN 38125-4413

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Borrower Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 413.47

---

**3.118** Nonpriority creditor's name and mailing address

MATILLION
79 Madison Avenue

New York, NY 10016

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Account

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 75,652.50

---

**3.119** Nonpriority creditor's name and mailing address

MATTHEW MILLER
3835 NW 22ND TE

Cape Coral, FL 33993

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Borrower Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 492.03

---

**3.120** Nonpriority creditor's name and mailing address

MELVIN J ALLEN
11033 W LINCOLN ST

AVONDALE, AZ 85323-4558

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Borrower Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 56.79

---

**3.121** Nonpriority creditor's name and mailing address

Mercantile Partners, L.P
2650 Meacham Blvd

Fort Worth, TX 76137

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Account

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 18,476.93

Debtor  Innovate Loan Servicing Corporation
        Name

Case number (if known)  24-42243-MXM11

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** Nonpriority creditor's name and mailing address

MFSI Towing & Recovery LLC
3274 Overland Rd

Apopka, FL 32703

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,050.00

---

**3.123** Nonpriority creditor's name and mailing address

MICHAEL  LUCAS
13603 W SAN JUAN AVE

Litchfield Park, AZ 85340-3313

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 705.35

---

**3.124** Nonpriority creditor's name and mailing address

MICHELLE LYNETTE JEWELL
202 NE 158TH AVE

VANCOUVER, WA 98684-3343

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20.49

---

**3.125** Nonpriority creditor's name and mailing address

MORGAN  MITCHELL
10852 BELLONE WA

Rancho Cordova, CA 95670

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 271.22

---

**3.126** Nonpriority creditor's name and mailing address

MVRECOVERY NATIONAL
2000 PROGRESS PKWY SUITE 800

SCHAUMBURGH, IL 60196

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 100,378.90

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.127  Nonpriority creditor's name and mailing address**

NANCY RODRIGUEZ
157 COUNTY ROAD 4874

NEWARK, TX 76071-3713

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

$ 663.03

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128  Nonpriority creditor's name and mailing address**

National Asset Recovery Agency of FL LLC
PO Box 6095

Hudson, FL 34674

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 535.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129  Nonpriority creditor's name and mailing address**

National Vehicle Recovery of Georgia Inc
PO Box 44081

Atlanta, GA 30336

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 350.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130  Nonpriority creditor's name and mailing address**

NEXTWAVE RESOURCES, LLC
ARA, Inc. c/o Wells Fargo Bank, N.A.

MINNEAPOLIS, MN 55485

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 1,811.16

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131  Nonpriority creditor's name and mailing address**

NICHOLE JENKINS
2107 10TH ST

CAMANCHE, IA 52730-1435

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

$ 583.67

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor ___Innovate Loan Servicing Corporation_____
        Name

Case number _(if known)___24-42243-MXM11_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132** Nonpriority creditor's name and mailing address

NOEL A BALMACEDA RUIZ

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 496.52

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.133** Nonpriority creditor's name and mailing address

NORBERT OWUOR OBUNGA
9701 SE JOHNSON CREEK BLVD M205

Happy Valley, OR 97086-3659

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28.93

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.134** Nonpriority creditor's name and mailing address

NUHA ALSAQQA
2626 E PK

TALLAHASSEE, FL 32301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 132.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.135** Nonpriority creditor's name and mailing address

Oklahoma Repossessors LLC
PO Box 271583

Oklahoma City, OK 73137

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 630.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.136** Nonpriority creditor's name and mailing address

OKTA INC
PO BOX 743620

Los Angeles, CA 90074-3620

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,849.84

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____
  Innovate Loan Servicing Corporation
  Name

Case number (if known) __24-42243-MXM-FV__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.137**  Nonpriority creditor's name and mailing address

One Choice Recovery (Columbus, OH)
4411 Carroll Southern Rd #B

Carroll, OH 43112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 350.00

---

**3.138**  Nonpriority creditor's name and mailing address

Oregon Adjusters, Inc.
4818 Table Rock Rd.

Central Point, OR 97502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 500.00

---

**3.139**  Nonpriority creditor's name and mailing address

Palinode LLC
101 Westpark Dr

Brentwood, TN 37027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 750.00

---

**3.140**  Nonpriority creditor's name and mailing address

Paradigm Recovery
10565 Limonite Ave

Mira Loma, CA 91752

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 350.00

---

**3.141**  Nonpriority creditor's name and mailing address

Paymentus Group Inc
PO BOX 749574

ATLANTA, GA 30374-9574

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,519.00

---

Debtor Innovate Loan Servicing Corporation
Name

Case number (if known) 24-42243-MXM11

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 142 **Nonpriority creditor's name and mailing address**

PC COLLINS & ARNOVE COMPANY
4716 JUNIUS ST

DALLAS, TX 75246-1054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,211.17

---

**3.** 143 **Nonpriority creditor's name and mailing address**

PETRINA  HARDAWAY
629 PIPKIN DR

MCDONOUGH, GA 30253-8692

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 23.74

---

**3.** 144 **Nonpriority creditor's name and mailing address**

Phantom Asset Recovery Inc
6511 NOVA DR #324

DAVIE, FL 33317

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,720.00

---

**3.** 145 **Nonpriority creditor's name and mailing address**

PhinSolutions
14245 Saint Francis Blvd

Ramsey, MN 55303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 503.25

---

**3.** 146 **Nonpriority creditor's name and mailing address**

Point Predictive
12680 High Bluff Drive, Suite 200

San Diego, CA 92130

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 205,000.00

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor ___Innovate Loan Servicing Corporation_____ Case number _(if known)___24-42243-MXM-11_
     Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.147 **Nonpriority creditor's name and mailing address**

PREMIER CONSUMER CAPITAL LLC
530 E. Los Angeles Ave Suite 115 #241

Moorpark, CA 93021-2079

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 803.78

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3.148 **Nonpriority creditor's name and mailing address**

Premier Recovery Services
PO Box 2039

DENVER, NC 28037

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,900.00

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3.149 **Nonpriority creditor's name and mailing address**

Quick Track Asset Recovery, LLC
PO BOX 946

VIDALIA, LA 71373

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 765.00

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3.150 **Nonpriority creditor's name and mailing address**

Recovery 911 LLC
2730 W Morris Street

Indianapolis, IN 46221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 350.00

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3.151 **Nonpriority creditor's name and mailing address**

Recovery Database Network
1620 S Stapley Dr Suite 232

Mesa, AZ 85204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,520.76

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor  Innovate Loan Servicing Corporation
        Name

Case number (if known) 24-42243-MXM11

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152  Nonpriority creditor's name and mailing address**

Reliable Recovery Serv (IL)
12109 S Paulina Street

Calumet Park, IL 60827

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 2,805.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.153  Nonpriority creditor's name and mailing address**

RELX Inc. DBA LexisNexis
28330 Network Pl

Chicago, IL 60673-1283

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 926.84

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.154  Nonpriority creditor's name and mailing address**

Republic Services
6100 Elliot Reeder Rd

Fort Worth, TX 76117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 3,138.03

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.155  Nonpriority creditor's name and mailing address**

RIDER  UGALDE
106 Willow Lake Dr

Ward, AR 72176-9634

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

$ 448.26

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.156  Nonpriority creditor's name and mailing address**

ROBERT CONANT
3134 prairie sage

New Braunfels, TX 78130-0313

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

$ 773.98

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor ___Innovate Loan Servicing Corporation_____ Case number *(if known)* __24-42243-MXM11__
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 157 **Nonpriority creditor's name and mailing address**

Romans Adjusters Inc
5300 Buford Jett Ln

Balch Springs, TX 75180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 113.66

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 158 **Nonpriority creditor's name and mailing address**

RONDY RENE
1014 INDIAN TRACE CIR APT 304

Riviera Beach, FL 33407-1154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

$ 385.47

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 159 **Nonpriority creditor's name and mailing address**

RouteOne, LLC
16902 Collections Center Dr.

Chicago, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 3,939.16

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 160 **Nonpriority creditor's name and mailing address**

Rowlett Hill LLP
6060 N. Central Expressway

Dallas, TX 75206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 10,327.49

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 161 **Nonpriority creditor's name and mailing address**

SCA APPRAISAL COMPANY
P.O. Box 1455

Burbank, CA 91507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 462.43

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Innovate Loan Servicing Corporation                    Case number *(if known)*    24-42243-MXM-11
         Name

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.** 162  **Nonpriority creditor's name and mailing address**

Scott France Consulting
159 Loma Blanca Lane

Cresson, TX 76035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 58,107.48

Date or dates debt was incurred
Last 4 digits of account number

---

**3.** 163  **Nonpriority creditor's name and mailing address**

SEAN  ONEAL
3192 AMBER TRL

Pollock Pines, CA 95726-9261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 148.53

Date or dates debt was incurred
Last 4 digits of account number

---

**3.** 164  **Nonpriority creditor's name and mailing address**

Severson & Werson
595 Market Street

San Francisco, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,345.95

Date or dates debt was incurred
Last 4 digits of account number

---

**3.** 165  **Nonpriority creditor's name and mailing address**

SHERRY LYNN  ACHA
4370 LAKESIDE CIR APT 332

SAGINAW, MI 48603-1352

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 46.47

Date or dates debt was incurred
Last 4 digits of account number

---

**3.** 166  **Nonpriority creditor's name and mailing address**

SIMON QUINTERO
69 NORTH MAINE STREET APT B 302

Clearfield, UT 84015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 80.15

Date or dates debt was incurred
Last 4 digits of account number

---

Debtor  Innovate Loan Servicing Corporation                    Case number *(if known)*  24-42243-MXM11
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 167  **Nonpriority creditor's name and mailing address**

Sisense, Inc
1359 Broadway 4th Floor

New York, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 82,000.00

---

**3.** 168  **Nonpriority creditor's name and mailing address**

Snatchmasters LLC
9999 Tara Blvd

Jonesboro, GA 30236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 350.00

---

**3.** 169  **Nonpriority creditor's name and mailing address**

SoftwareONE, Inc.
20875 Crossroads Cr. Ste. 1

Waukesha, WI 53186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27,947.54

---

**3.** 170  **Nonpriority creditor's name and mailing address**

SOPHIE  SODEN
2524 W MARY DR

FAYETTEVILLE, AR 72704-5345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 540.99

---

**3.** 171  **Nonpriority creditor's name and mailing address**

Speedy Recovery Inc (NV)
PO Box 335037

North Las Vegas, NV 89033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 425.00

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 35 of 42

Debtor _____   Case number _(if known)_ _24-42243-MXM11_
      Innovate Loan Servicing Corporation
    Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.** 172   **Nonpriority creditor's name and mailing address**

SUSAN  HASSELBRING
11304 BEL AIR PL

Oklahoma City, OK 73120-7910

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 42.33

---

**3.** 173   **Nonpriority creditor's name and mailing address**

T & L Recovery
5201 Powerline Road

Ft. Lauderdale, FL 33309

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,125.00

---

**3.** 174   **Nonpriority creditor's name and mailing address**

TERESA DAVIS
2605 PARKVIEW AVE APT 102

KNOXVILLE, TN 37914-5309

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 31.15

---

**3.** 175   **Nonpriority creditor's name and mailing address**

TERRENCE EARL CHATMAN
319 LOCUST ST

LYMAN, SC 29365-1535

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 83.88

---

**3.** 176   **Nonpriority creditor's name and mailing address**

TFS Recovery LLC (VA) & (FL)
PO Box 220

Gainesville, VA 20156

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 350.00

---

Debtor  Innovate Loan Servicing Corporation
        Name

Case number (if known)  24-42243-MXM11

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3. 177  Nonpriority creditor's name and mailing address**

The Hartford
1010 W Mockingbird Ln Ste 100

Dallas, TX 75247

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 121.12

Date or dates debt was incurred
Last 4 digits of account number

---

**3. 178  Nonpriority creditor's name and mailing address**

The Lender Advantage LLC
10421 STEVENSON ROAD, UNIT #106

STEVENSON, MD 21153

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 900.00

Date or dates debt was incurred
Last 4 digits of account number

---

**3. 179  Nonpriority creditor's name and mailing address**

THOMAS  GRENFELL-STOPKO
21350 LANCASTER RUN

ESTERO, FL 33928-6254

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 62.51

Date or dates debt was incurred
Last 4 digits of account number

---

**3. 180  Nonpriority creditor's name and mailing address**

Thomas Schwartz
193 SHADY GROVE LN

WEATHERFORD, TX 76088

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 42,000.00

Date or dates debt was incurred
Last 4 digits of account number

---

**3. 181  Nonpriority creditor's name and mailing address**

TINA  SCOTT
296 VALENTINE HILL ROAD

BELLEFONTE, PA 16823-2838

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 357.82

Date or dates debt was incurred
Last 4 digits of account number

---

Debtor _Innovate Loan Servicing Corporation_____ Case number _(if known)_ _24-42243-MXM11_
      Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 182 **Nonpriority creditor's name and mailing address**

TJ's Recovery LLC
PO BOX 331

THEODORE, AL 36590

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,400.00

---

**3.** 183 **Nonpriority creditor's name and mailing address**

TODD MICHAEL BAILEY
485 S MEADOWBROOK DR UNIT 3

San Diego, CA 92114-7753

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 879.05

---

**3.** 184 **Nonpriority creditor's name and mailing address**

Trans Union LLC
PO Box 99506

CHICAGO, IL 60693-9506

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 31,054.07

---

**3.** 185 **Nonpriority creditor's name and mailing address**

TRISHA  MAVRIANOS
329 GILES AV

MIDDLESEX, NJ 08846-2006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 182.68

---

**3.** 186 **Nonpriority creditor's name and mailing address**

TTEC Digital, LLC fka Avtex Solutions, LLC
PO BOX 856660

MINNEAPOLIS, MN 55485

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 36,702.70

---

Debtor _Innovate Loan Servicing Corporation_____  Case number _(if known)_ _24-42243-MXM11_
       Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 187   **Nonpriority creditor's name and mailing address**

Var Technology Finance
P.O. Box 5066

Hartford, CT 06102-5066

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 9,854.48

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 188   **Nonpriority creditor's name and mailing address**

VAR Technology Finance
2330 I-30

Mesquite, TX 75150

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 189   **Nonpriority creditor's name and mailing address**

VAR Technology Finance
2330 Interstate 30

Mesquite, TX 75150

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Barracuda Email Protection Software

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 190   **Nonpriority creditor's name and mailing address**

Venture
4401 Cambridge

Fort Worth, TX 76155-2629

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 2,556.81

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 191   **Nonpriority creditor's name and mailing address**

Vertex Inc
2301 Renaissance Blvd

King of Prussia, PA 19406

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 1,647.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Innovate Loan Servicing Corporation_____ Case number (if known)__24-42243-MXM11__
     Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.192** Nonpriority creditor's name and mailing address

VILMA VILLARES
7291 NW 174TH TER APT 101

HIALEAH, FL 33015-1115

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 710.13

---

**3.193** Nonpriority creditor's name and mailing address

VINtek Inc  DEALERTRACK for MUSA
PO BOX 101674

Pasadena, CA 91189-1674

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 231.87

---

**3.194** Nonpriority creditor's name and mailing address

Wesley Auto Recovery Inc PA
PO BOX 7

JAMISON, PA 18929

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 850.00

---

**3.195** Nonpriority creditor's name and mailing address

Whitley Penn LLP
PO BOX 676360

DALLAS, TX 75267-6360

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 13,950.00

---

**3.196** Nonpriority creditor's name and mailing address

WILIAM YOUNG
14216 OAK MEADOWS BLVD

HAMMOND, LA 70401-7340

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 39.73

---

Debtor    Innovate Loan Servicing Corporation _____    Case number (if known) 24-42243-MXM11

Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 197  **Nonpriority creditor's name and mailing address**

Windstream
PO Box 3177

Cedar Rapids, IA 52406-3177

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 75,096.66

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 198  **Nonpriority creditor's name and mailing address**

WORKWAY, INC
5151 BELT LINE ROAD SUITE 430

DALLAS, TX 75254

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Account

$ 25,620.54

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 199  **Nonpriority creditor's name and mailing address**

XAVIER J PEARSON
2805 ANITA AVE N

Lehigh Acres, FL 33971

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

$ 44.25

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 200  **Nonpriority creditor's name and mailing address**

YOLANDA HUDGENS POINTER
13301 PENDLETON ST

Fort Washington, MD 20744-5425

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

$ 61.09

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 201  **Nonpriority creditor's name and mailing address**

ZACKARY RICKETT
4215 HALLOWING POINT RD

Prince Frederick, MD 20678-3436

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Borrower Refund

$ 72.54

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____Innovate Loan Servicing Corporation_____
        Name

Case number *(if known)*_____24-42243-MXM11_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 2,646,270.49 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 2,646,270.49 |

**Fill in this information to identify the case:**

Debtor name ___Innovate Loan Servicing Corporation___

United States Bankruptcy Court for the: ___Northern District of Texas___

Case number (If known): ___24-42243-MXM11V___  Chapter ___11___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | See Attached Schedule G |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

| Contract Title | Dated | Vendor_Name | Vendor_Address | Vendor_City | Vendor_County | Zip |
|---|---|---|---|---|---|---|
| Servicing and Custodial Agreement | | ADAF, LLC | 6520 State Route 96 | Victor | NY | 14564 |
| | | Adobe | | | | |
| Dynamics SOW | 12/29/2021 | Adrytech | 20860 N Tatum Blvd, Suite 300 | Phoenix | AZ | 85050 |
| Security Quote | 07/18/2022 | Adrytech | 2222 W Parkside Lane, Suite 1 | Phoenix | AZ | 85027 |
| Servicing Agreement | 12/19/2014 | AEGIS | PO Box 720605 | Norman | OK | 73070 |
| | | Amazon | 410 Terry Avenue North | Seattle | WA | 98109 |
| AT&T Business Network Express Bundle Agreement | 02/05/2014 | AT&T | One AT&T Way | Bedminister | NJ 07921 | 7921 |
| AT&T Business Network Express Bundle Agreement | | AT&T Cell phones | One AT&T Way | Bedminister | NJ 07921 | 7921 |
| Servicing and Custodial Agreement | | Atlantic Acceptance Corp. | 800 Village Square Crossing, Su | Palm Beach Gardens | FL | 33410 |
| | | AUCTION DIRECT | | | | |
| Consignor Services Agreement | 09/07/2013 | Auto IMS Annual (Auto Auction Services Corporation) | 50 Glenlake Parkway NE, Suite | Atlanta | GA | 30328-3486 |
| Consignor Services Agreement | | Auto IMS monthly | 50 Glenlake Parkway NE, Suite | Atlanta | GA | 30328-3486 |
| Servicing Agreement | 5/5/2014 | BARTON CREEK AUTO CREDIT | 8101 Cameron Road, Suite 208 | Austin | TX | 78754 |
| Proposal | 12/18/2023 | BCBS | PO Box 660044 | Dallas | TX | 75266 |
| Box Shuttle Terms of Use & License Invoice | 02/25/2022 | Box | PO Box 884666 | Los Angeles | CA | 90088 |
| Master Servicing and Custodial Agreement | | Buckle Leasing LLC | 111 Town Square Place | Jersey City | NJ | 07310 |
| Purchase and Sale Agreement | 08/30/2024 | Buckle Leasing LLC Buckle Transportation Trust | 2690 Buford Hwy NE | Atlanta | GA | 30324 |
| 2019-1 SUBI Supplement to Servicing Agreement | | Buckle Transportation Trust | 111 Town Square Place | Jersey City | NJ | 07310 |
| Verbal Agreement | 4/2/2019 | Burr & Forman LLP | PO Box 830719 | Birmingham | AL | 35283 |
| Solution and Pricing Proposal & Service Agreement | 06/09/2022 | Calltower | 10701 S River Front Pkwy, | South Jordan | UT | 84095 |
| Data License Agreement | 01/28/2022 | CarFax | 5860 Trinity Parkway, Suite 600 | Centreville | VA | 20120 |
| Proposal | 6/21/2022 | CAUSE+EFFECT STRATEGY | PO BOX 93100 | ROCHESTER | | 14692 |
| Lease Agreement | 01/07/2011 | CIT Laptops | 1 CIT Drive | Livingston | NJ | 7039 |
| | | Clickup | | | | |
| Vehicle Auction Agreement | 09/01/2023 | Copart Inc. | 14185 Dallas Parkway, Ste 300 | Dallas | TX | 75254 |
| | | Corecovery | | | | |
| Cloud Proposal | 12/05/2021 | Couchdrop | | | | |
| | | Cox automotive | | | | |
| Statement of Work | 01/05/2022 | CrossBridge Global Partners | 9542 W. Bethel Crt | Boise | ID | 83709 |
| Standard Commercial Security Agreement | 11/28/2023 | Dallas Security | 10731 Rockwall Road | Dallas | TX | 75238 |
| Master Hosted Managed Services Agreement | 10/06/2023 | Data Oceans | 2400 Lakeview Parkwayy | Alpharetta | GA | 30009 |
| Lease Agreement | 11/3/2021 | Datamax | PO Box 2235 | St. Louis | MO | 63109 |
| Lender Agreement | 12/21/2017 | Dealer Track | 3400 New Hyde Park Road | North Hills | NY | 11040 |
| Remote Access Software License Agreement | 03/29/2012 | Decision Dynamics LLC | PO Box 2078 | Lexington | SC | 29071 |
| Application Services Agreement | 02/17/2017 | defi Solutions Inc | 1500 Solana Blvd | Westlake | TX | 76262 |
| Innovate Master Trust Amended and Restated Trust Agreement dated 8/23/2019 | 08/23/2019 | Delaware Trust Company ("DTC") | 251 Little Falls Drive | Wilmington | DE | 19808 |
| Master Servicing and Custodial Agreement dated 8/23/2019 | 08/23/2019 | Delaware Trust Company ("DTC") | 251 Little Falls Drive | Wilmington | DE | 19808 |

| Contract Title | Dated | Vendor_Name | Vendor_Address | Vendor_City | Vendor_County | Zip |
|---|---|---|---|---|---|---|
| ATSI Servicing Supplement to Master Servicing and Custodial Agreement (Series 2019-1 - Medalist) | 09/30/2019 | Delaware Trust Company ("DTC") | 251 Little Falls Drive | Wilmington | DE | 19808 |
| ATSI Servicing Supplement to Master Servicing and Custodial Agreement (Series 2019-2 - Moss Tree) | 10/22/2019 | Delaware Trust Company ("DTC") | 251 Little Falls Drive | Wilmington | DE | 19808 |
| ATSI Servicing Supplement to Master Servicing and Custodial Agreement (Series 2020-1 - Crayhill) | 02/11/2020 | Delaware Trust Company ("DTC") | 251 Little Falls Drive | Wilmington | DE | 19808 |
| ATSI Servicing Supplement to Master Servicing and Custodial Agreement (Series 2022-1 - Medalist) | 03/25/2022 | Delaware Trust Company ("DTC") | 251 Little Falls Drive | Wilmington | DE | 19808 |
| ATSI Servicing Supplement to Master Servicing and Custodial Agreement (Series 2022-2 - Innovate Funding LLC) | 06/09/2022 | Delaware Trust Company ("DTC") | 251 Little Falls Drive | Wilmington | DE | 19808 |
| ATSI Servicing Supplement to Master Servicing and Custodial Agreement (Series 2022-3 - Edge Focus) | 07/27/2022 | Delaware Trust Company ("DTC") | 251 Little Falls Drive | Wilmington | DE | 19808 |
| ATSI Servicing Supplement to Master Servicing and Custodial Agreement (Series 2023-1 - Carly) | 05/31/2023 | Delaware Trust Company ("DTC") | 251 Little Falls Drive | Wilmington | DE | 19808 |
| ATSI Servicing Supplement to Master Servicing and Custodial Agreement (Series 2023-2 - Monachil) | 06/16/2023 | Delaware Trust Company ("DTC") | 251 Little Falls Drive | Wilmington | DE | 19808 |
| Engagement Letter | | Denius Law PA | 4767 New Broad Street Suite 333 | Orlando | FL | 32814 |
| Master Services Agreement | 09/29/2017 | DRN | 4150 International Plaza, Towe | Fort Worth | TX | 76109 |
| | | Ease | | | | |
| | | e-Oscar | | | | |
| Universal Membership Agreement | 04/01/2023 | Equifax | 11432 Laleland Road | St. Louis | MO | 63146 |
| Transportation Services Agreement | 08/13/2023 | Fed Ex | | | | |
| Commercial Lines Insurance Policy (Bond) | 08/6/23 - 8/6/2024 | Fortegra Specialty Insurance Company | 10751 Deerwood Park Blvd, Suite 200 | Jacksonville | FL | 32256 |
| Commercial Lines Insurance Policy (D&O) | 08/6/23 - 8/6/2024 | Fortegra Specialty Insurance Company | 10751 Deerwood Park Blvd, Suite 200 | Jacksonville | FL | 32256 |
| | | Fuse | | | | |
| Master Application | 12/09/2022 | Guardian | 5850 Granite Parkway, Suite 800 | Dallas | TX | 75204 |
| Quote | 6/9/2022 | IMAGE ACCESS CORP | 22 PARIS AVE, SUITE 210 | ROCKLEIGH | NJ 07060 | 07060 |
| Servicing and Custodial Agreement | 12/07/2021 | Inn Fin Ser Inc. | 17395 N Bay Rd. #210 | Sunny Isles Beach | FL | 33160 |
| Premium Finance Agreementq | 10/19/2022 | Insurance | 353 North Clark Street, 11th Floor | Chicago | IL | 60654 |
| | | Iron Mountain | | | | |
| | | Jurisco (**Bonds**) | | | | |
| Master Servicing and Custodial Agreement (as Supplemented) | 2/1/2018 | Karma Auto Trust | 1100 North Market Street | Wilmington | DE | 19890 |
| 2018-1 SUBI Supplment to MSCA | 2/1/2018 | Karma Auto Trust | 1100 North Market Street | Wilmington | DE | 19890 |
| License Services Agreement | 01/14/2022 | Karus | 2515 Octavia Street Unit 2 | San Francisco | CA | 94123 |
| Professional Services Agreement | 11/09/2022 | KM2 | 600 Eagleview Blvd, Suite 300 | Exton | PA | 19341 |

| Contract Title | Dated | Vendor_Name | Vendor_Address | Vendor_City | Vendor_County | Zip |
|---|---|---|---|---|---|---|
| Letter | 03/04/2023 | KPMG | 345 Park Avenue | New York | NY | 10154 |
| Renewal Agreement | 07/13/2022 | LexisNexus | | | | |
| | | License and fees **(State licensing & applicable fees)** | | | | |
| Service Agreement | 04/18/2022 | Loan Pro | 164 N West Promontory Way, | Farmington | UT | 884025 |
| | | Loan Pro Postage | | | | |
| Agreement | 04/17/2013 | Locator technology | | | | |
| Software Order Form | 4/12/2022 | MATILLION | Station House, Stamford New Road, Atrincham Greater Manchester | Altrinch | GM | WA14 1EP |
| | | Mercantile Electric | | | | |
| Basic Lease Information | 11/30/2022 | Mercantile Rent | 2650 Meacham Blvd | Fort Worth | tX | 76137 |
| Purchase and Sale Agreement | 12/27/2023 | MUSA Auti I, LLC MUSA Auti II, LLC | c/o Crestline Direct Finance, LP | fort Worth | TX | 76109 |
| Second Amended and Restated Servicing and Custodial Agreement | 6/30/2021 | MUSA Auto Leasing | 1100 North Market Street | Wilmington | DE | 19890 |
| | | NDC | | | | |
| Master Subscription Agreement | 06/14/2022 | Okta | 100 1st Street | San Francisco | CA | 94105 |
| Servicing and Custodial Agreement | 1/16/2019 | PAGAYA | | | | |
| Software-as-a-Service Customer Agreement | 05/31/2019 | Palinode | 101 Westpark Drive, Suite 100 | Brentwood | TN | 37027 |
| Client Services Agreement | 10/08/2019 | Paycor | 811 Montgomery Rd | Cincinnati | OH | 45212 |
| Services Agreement | 10/31/2012 | PHIN | 14245 St. Francis Blvd, Suite 10 | Ramsey | MN | 55303 |
| Master Agreement | 6/29/2022 | Point Predictive | 12680 High Bluff Drive | San Diego | CA | 92130 |
| Servicing Agreement | 12/13/2016 | Quantum3 Group, LLC | 12006 98th Avenue NE Suite 20 | Kirkland | WA | 98034 |
| | | Quickview | | | | |
| Lender Network Services Agreement | 05/14/2012 | RDN | 13085 Hamilton Crossing Blvd | Camel | IN | 46032 |
| | | REPO_REMARKETING | | | | |
| Customer Service Agreement | 12/7/2016 | Republic Services | 6100 Elliot Reeder Rd | Fort Worth | TX | 76117 |
| | | Retool | | | | |
| Finance Source Access and Services Agreement | 02/07/2018 | Route One | 31500 Northwestern Hwy, Suit | Farmington Hills | MI | 48334 |
| Verbal Agreement | 11/1/2021 | Rowlett Hill LLP | 6060 N Central Parkway | Dallas | TX | 75206 |
| Lloyds Cyber Insurance (Network Security/Privacy Liability) | 08/6/23 - 8/6/2024 | RT Specialty | 180 N Stetson Avenue Suite 4600 | Chicago | IL | 60601 |
| | | SADINO | | | | |
| Indpendent Contractor Agreement | 2/1/2019 | Scott France Consulting | 159 Loma Blanca Lane | Cresson | TX | 76035 |
| Workers Compensation & Employers' Liabilty Insurance Policy | 9/20/2023 | Security National Insurance Company | 800 Superior Avenue East 21st Floor | Cleveland | OH | 44114 |
| Verbal Agreement | | Severson & Werson | 595 Market Street Suite 2600 | San Fransico | CA | 94105 |
| Sisense Fusion Embed and Subscription Agreement | 01/03/22-01/02/2025 | Sisense, Inc | 1359 Broadway 4th Floor | New York | NY | 11106 |

| Contract Title | Dated | Vendor_Name | Vendor_Address | Vendor_City | Vendor_County | Zip |
|---|---|---|---|---|---|---|
|  |  | Slack |  |  |  |  |
| License Agreement | 1/23/2018 | SoftwareONE, Inc. | 20875 Crossroads Cr. Ste. 1 | Waukesha | WI | 54401 |
| Servicing Agreement |  | Tenet |  |  |  |  |
| Servicing Agreement | 5/17/2022 | Theorem Main Fund Auto Holdings Tru | 400 Concar Drive | San Mateo | CA | 94402 |
| Backup Servicing Agreement | 7/13/2022 | Theorem Main Fund Auto Holdings Tru | 400 Concar Drive | San Mateo | CA | 94402 |
| Notice of Termination and Separation Agreement |  | Thomas Schwartz | 193 Shady Grove Lane | Weatherford | TX | 76088 |
| Subscriber Agreement | 10/11/2012 | TLO |  |  |  |  |
| Remarketing Servicing Agreement | 3/2/2018 | Town & Country Federal Credit Union |  |  |  |  |
| TransUnion Data Furnishers Reporting Agreement | 9/6/2016 | Trans Union | 555 West Adams | Chicago | IL | 60661 |
| Master Sales Agreement | 5/7/2021 | TTEC (Avtex) | 3500 American Blvd West, Suit | Bloomington | MN | 55431 |
|  |  | TTEC phone Usage |  |  |  |  |
| Equipment Lease Agreement | 5/18/2020 | Var Technology Finance | P.O. Box 5066 | Hartford | CT | 06102 |
| Master Services Agreement | 8/6/2013 | Venture | 1170 Grey Fox Road | Arden Hills | MN | 55112 |
|  |  | Verifacto |  |  |  |  |
|  |  | Wells Fargo (Bank Fees) | 1200 Montego Way | Walnut Creek | CA | 94598 |
|  |  | WEX |  |  |  |  |
| Engagement Letter | 3/28/2023 | Whitley Penn | 8343 Douglas Avenue, Suite 40 | Dallas | TX | 75225 |
| Proposal and Windstream Service Terms and Conditions | 8/14/2019 | Windstream | PO Box 3177 | Cedar Rapids | IA | 52406 |
|  |  | WOLLEMI |  |  |  |  |
| Servicing and Custodial Agreement | 6/30/2022 | Yield Solutions Group, LLC | 5775 DTC Blvd. #400 | Greenwood Village | CO | 80111 |
| Servicing and Custodial Agreement |  | ZOHO |  |  |  |  |

**Fill in this information to identify the case:**

Debtor name   Innovate Loan Servicing Corporation

United States Bankruptcy Court for the:   Northern District of Texas

Case number (If known):   24-42243-MXM11V

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D ☐ E/F ☐ G |
| 2.2 | | | ☐ D ☐ E/F ☐ G |
| 2.3 | | | ☐ D ☐ E/F ☐ G |
| 2.4 | | | ☐ D ☐ E/F ☐ G |
| 2.5 | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ____Innovate Loan Servicing Corporation_____

United States Bankruptcy Court for the: ___Northern District of Texas___

Case number (*If known*): _____24-42243-MXM11V_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule ____*

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ *Other document that requires a declaration_____*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___07/16/2024___       ✖ /s/ Preston Miller
          MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                   Preston Miller
                                   Printed name

                                   President
                                   Position or relationship to debtor